**United States District Court**
For the Northern District of California

1
2
3
4                                            *E-FILED:  8.3.2007*
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                SAN JOSE DIVISION
11   UNITED FARM WORKERS, AFL-CIO; SEA          No. C07-03950 HRL
     MAR COMMUNITY HEALTH CENTER;
12   PINEROS Y CAMPESINOS UNIDOS DEL            **CLERK'S NOTICE RE-SETTING**
     NOROESTE; BEYOND PESTICIDES;               **INITIAL CASE MANAGEMENT**
13   FRENTE INDIGENA de ORGANIZACIONES          **CONFERENCE**
     BINACIONALES; FARM LABOR
14   ORGANIZING COMMITTEE, AFL-CIO;
     TEAMSTERS LOCAL 890; MARTHA
15   RODRIGUEZ; and SILVIA CANEZ,
16             Plaintiffs,
17   v.
18
19   ADMINISTRATOR, U.S. ENVIRONMENTAL
     PROTECTION AGENCY.,
20             Defendant.
                                          /
21
22        PLEASE TAKE NOTICE THAT the Initial Case Management Conference originally set

23   for November 9, 2007 has been **re-set for November 13, 2007, 1:30 p.m. in Courtroom 2**,

24   United States District Court, 280 South First Street, San Jose, California.  The parties' Joint

25   Case Management Statement shall be filed no later than **November 6, 2007**.  All other dates in

26   the court's Initial Order Setting Case Management Conference are adjusted accordingly.

27   Dated:   August 3, 2007

28                                   _____
                                          /s/ KC
                                     Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-3950 Notice will be electronically mailed to:**

Kristen Lee Boyles kboyles@earthjustice.org, chamborg@earthjustice.org

Aaron Colangelo acolangelo@nrdc.org, kboudouris@nrdc.org

Patti A. Goldman pgoldman@earthjustice.org, chamborg@earthjustice.org

Michael L. Meuter mmeuter@crla.org

Joshua Osborne-Klein josborne-klein@earthjustice.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.