# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, AFL-CIO; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890, MARTHA RODRIGUEZ; and SILVINA CANEZ,

Plaintiffs

V.

ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 03950 HRL**

TO: (Name and address of defendant)

Scott N. Schools
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| PATTI GOLDMAN<br>JOSHUA OSBORNE-KLEIN<br>KRISTEN L. BOYLES<br>Earthjustice<br>705 Second Avenue<br>Suite 203<br>Seattle, WA 98104<br>(206) 343-7340<br>(206) 343-1526 [FAX]<br>pgoldman@earthjustice.org<br>josborne-klein@earthjustice.org<br>kboyles@earthjustice.org | SHELLEY DAVIS<br>VIRGINIA RUIZ<br>Farmworker Justice<br>1126 – 16th Street, N.W.<br>Suite 270<br>Washington, D.C. 20036<br>(202) 293-5420<br>(202) 293-5427 [FAX]<br>sdavis@nclr.org<br>vruiz@nclr.org | MICHAEL MUETER<br>California Rural Legal Assistance, Inc.<br>3 Williams Road<br>Salinas, CA 93905<br>(831) 757-5221<br>(831) 757-6212 [FAX]<br>mmeuter@crla.org |

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                      8-1-07

CLERK                                                   DATE

SANDY MORRIS

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 08/01/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| NIPIO GODOY | |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: ..........

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ROSELYN TOLEDO

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/01/07
Date

Signature of Server: ZGodoy

Address of Server: 1076 CRESPI DR PACIFICA, CA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.