PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (DCB #483800)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers, AFL-CIO;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*and Teamsters Local 890*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

HON. HOWARD R. LLOYD

CERTIFICATE OF SERVICE (C07-3950 HRL)  - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Civ. No. C07-3950 HRL<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE (C07-3950 HRL)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On August 6, 2007, I served a true and correct copy of the following documents on the parties listed below:

1. Order Setting Initial Case Management Conference and ADR Deadlines;
2. Standing Order Re: Initial Case Management and Discovery Disputes;
3. Dispute Resolution Procedures;
4. Notice of Assignment of Case to US Magistrate Judge;
5. ECF Registration Information Handout; and
6. Clerk's Notice Re-Setting Initial Case Management Conference.

Scott N. Schools
U.S. Attorney's Office
150 Alamaden Boulevard, Suite 900
San Jose, CA 95113

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☒ via first-class U.S. mail
☐ via hand delivery
☐ via electronic service by Clerk

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☒ via first-class U.S. mail
☐ via hand delivery
☐ via electronic service by Clerk

Stephen Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue N.W.
Washington, D.C. 20460

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☒ via first-class U.S. mail
☐ via hand delivery
☐ via electronic service by Clerk

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of August, 2007, at Seattle, Washington.

_____
Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 HRL) - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*