PATTI GOLDMAN (WSB #24426)                    HON. HOWARD R. LLOYD
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (DCB #483800)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C.  20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers, AFL-CIO;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*and Teamsters Local 890*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

PLAINTIFFS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS (C07-3950HRL)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>   Plaintiffs,<br><br>  v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>   Defendant. | Civ. No. C07-3950 HRL<br><br>PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

PLAINTIFFS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS (C07-3950HRL)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.
3  Plaintiffs United Farm Workers, AFL-CIO; Sea Mar Community Health Center, Pineros
4 Y Campesinos Unidos Del Noroeste ("PCUN"); Beyond Pesticides; Frente Indigena de
5 Organizaciones Binacionales ("Frente Indigena"); Farm Labor Organizing Committee, AFL-CIO
6 ("FLOC"); and Teamsters Local 890 have no parent companies, subsidiaries, or affiliates that
7 have issued shares to the public in the United States or abroad.
8  Respectfully submitted this 6th day of August, 2007.

      /s/ Kristen L. Boyles
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (DCB #483800)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

PLAINTIFFS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS (C07-3950HRL)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers, AFL-CIO; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste, Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO; and Teamsters Local 890*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiffs Martha Rodriguez and Silvina Canez*

PLAINTIFFS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS (C07-3950HRL)   - 4 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On August 6, 2007, I served a true and correct copy of the following documents on the parties listed below:

Plaintiffs' Certification of Interested Entities or Persons.

| Party | Method |
|---|---|
| Scott N. Schools<br>U.S. Attorney's Office<br>150 Alamaden Boulevard, Suite 900<br>San Jose, CA  951113 | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☒ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via electronic service by Clerk |
| Alberto R. Gonzales<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, D.C.  20530-0001 | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☒ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via electronic service by Clerk |
| Stephen Johnson, Administrator<br>U.S. Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue N.W.<br>Washington, D.C.  20460 | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☒ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via electronic service by Clerk |

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of August, 2007, at Seattle, Washington.

*Cheryl McEvoy*
Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 HRL)  - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*