PATTI GOLDMAN (WSB #24426)                          HON. HOWARD R. LLOYD
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (DCB #483800)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C.  20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers, AFL-CIO;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*and Teamsters Local 890*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

CONSENT TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE (C07-3950 HRL)    - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civ. No. C07-3950 HRL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE (C07-3950 HRL)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated this 8th day of August, 2007.

        /s/ Kristen L. Boyles
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (DCB #483800)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

CONSENT TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE (C07-3950 HRL)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers, AFL-CIO; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO; and Teamsters Local 890.*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*