# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, AFL-CIO; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890, MARTHA RODRIGUEZ; and SILVINA CANEZ,

Plaintiffs

V.

ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 03950 HRL**

TO: (Name and address of defendant)

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| PATTI GOLDMAN<br>JOSHUA OSBORNE-KLEIN<br>KRISTEN L. BOYLES<br>Earthjustice<br>705 Second Avenue<br>Suite 203<br>Seattle, WA 98104<br>(206) 343-7340<br>(206) 343-1526 [FAX]<br>pgoldman@earthjustice.org<br>josborne-klein@earthjustice.org<br>kboyles@earthjustice.org | SHELLEY DAVIS<br>VIRGINIA RUIZ<br>Farmworker Justice<br>1126 – 16th Street, N.W.<br>Suite 270<br>Washington, D.C. 20036<br>(202) 293-5420<br>(202) 293-5427 [FAX]<br>sdavis@nclr.org<br>vruiz@nclr.org | MICHAEL MUETER<br>California Rural Legal Assistance, Inc.<br>3 Williams Road<br>Salinas, CA 93905<br>(831) 757-5221<br>(831) 757-6212 [FAX]<br>mmeuter@crla.org |

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

8-1-07

DATE

SANDY MORRIS

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | August 6, 2007 |
| Name of SERVER (PRINT) | TITLE |
| Cheryl McEvoy | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ..................................................
..................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ..... discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☒ Other (specify): Certified mail, return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ 0.00 | $ 0.00 | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 16, 2007
            Date

Signature of Server

Cheryl McEvoy
Earthjustice
705 Second Avenue, #203
Seattle, WA  98104
(206) 343-7340

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3400 0013 9787 8814**
Status: Delivered

Your item was delivered at 4:42 AM on August 7, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _(signed)_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  AUG 0 6 2007   C. Date of Delivery<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Alberto R. Gonzales<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)   7099 3400 0013 9787 8814 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |