# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United Farm Workers, et al.

        Plaintiff(s),

v.

Administrator, U.S. Environmental Protection Agency

        Defendant(s).

No. C 07-03950 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/24/07

Signature: /s/ Norm Kane

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")