UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United Farm Workers, AFL-CIO, et.al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Administrator, U.S. Environmental Protection Agency,<br><br>　　　　Defendant.<br>_____/ | No. C07-03950<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 13, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **November 16, 2007 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on November 9, 2007.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: August 24, 2007　　　　　　　　　　　　RICHARD W. WIEKING, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell, Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　　to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Kristen Lee Boyles    kboyles@earthjustice.org, chamborg@earthjustice.org, cmcevoy@earthjustice.org

Aaron Colangelo    acolangelo@nrdc.org, kboudouris@nrdc.org

Shelley Davis    sdavis@nclr.org

Patti A. Goldman    pgoldman@earthjustice.org, chamborg@earthjustice.org

Michael L. Meuter    mmeuter@crla.org

Joshua Osborne-Klein    josborne-klein@earthjustice.org

Norman L. Rave , Jr    norman.rave@usdoj.gov, efile_eds.enrd@usdoj.gov, taradash.jan@epa.gov

Virginia Ruiz    vruiz@nclr.org