UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United Farm Workers, AFL-CIO, et al.,

              Plaintiff(s),

v.

Administrator, United States
Environmental Protection Agency
              Defendant(s).

Case No. C 07-03950 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/15/07

            [Party]

Dated: 10/19/07

            /S/ Norman L. Rave, Jr.
            [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05