PATTI GOLDMAN (WSB #24426)  HONORABLE JEREMY FOGEL
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers, AFL-CIO;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*and Teamsters Local 890*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

DEFENDANT ADMINISTRATOR, U.S. ENVIRONMENTAL
PROTECTION AGENCY'S STIPULATION AND CONSENT TO
PLAINTIFFS' AMENDED COMPLAINT  (C07-3950 JF)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>                Plaintiffs,<br><br>        v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>                Defendant. | Civ. No. C07-3950 JF<br><br>DEFENDANT ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY'S STIPULATION AND CONSENT TO PLAINTIFFS' AMENDED COMPLAINT |

Pursuant to Federal Rule of Civil Procedure 15(a), defendant Administrator, U.S. Environmental Protection Agency stipulates and consents to plaintiffs' filing of an amended complaint to add a party, the Pesticide Action Network of North America ("PANNA"), as an additional plaintiff in this case.

Respectfully submitted this 18th day of October, 2007,

/s/Joshua Osborne-Klein (by email authorization for
NORMAN L. RAVE, JR.
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 616-7568
(202) 514-8865 *[FAX]*
norman.rave@usdoj.gov

DEFENDANT ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY'S STIPULATION AND CONSENT TO PLAINTIFFS' AMENDED COMPLAINT  (C07-3950 JF)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1

2       /s/ Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
3       705 Second Avenue, Suite 203
Seattle, WA  98104
4       (206) 343-7340
(206) 343-1526 *[FAX]*
5       josborne-klein@earthjustice.org

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  DEFENDANT ADMINISTRATOR, U.S. ENVIRONMENTAL           *Earthjustice*
    PROTECTION AGENCY'S STIPULATION AND CONSENT TO       *705 Second Ave., Suite 203*
26  PLAINTIFFS' AMENDED COMPLAINT  (C07-3950 JF)   -2-   *Seattle, WA  98104*
                                                        *(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On October 19, 2007, I served a true and correct copy of the following documents on the parties listed below:

1. Defendant Administrator, U.S. Environmental Protection Agency's Stipulation and Consent to Plaintiffs' Amended Complaint

Norman L. Rave, Jr.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23986
Washington, D.C.  20026-3986
(202) 616-7568
(20) 514-8865 [FAX]
norman.rave@usdoj.gov
*Attorney for Defendant*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of October, 2007, at Seattle, Washington.

_____
Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 JF)  - 1 -