1 | PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*    HON. JEREMY FOGEL
JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
2 | KRISTEN L. BOYLES (CSB #158450)
Earthjustice
3 | 705 Second Avenue, Suite 203
Seattle, WA  98104
4 | (206) 343-7340
(206) 343-1526 *[FAX]*
5 | pgoldman@earthjustice.org
josborne-klein@earthjustice.org
6 | kboyles@earthjustice.org

7 | SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
8 | Farmworker Justice
1126 – 16th Street, N.W., Suite 270
9 | Washington, D.C.  20036
(202) 293-5420
10 | (202) 293-5427 *[FAX]*
sdavis@nclr.org
11 | vruiz@nclr.org

12 | AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
Natural Resources Defense Council
13 | 1200 New York Avenue, N.W.
Washington, D.C.  20005
14 | (202) 289-6868
(202) 289-1060 *[FAX]*
15 | acolangelo@nrdc.org

16 | *Attorneys for Plaintiffs United Farm Workers;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
17 | *Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
18 | *Teamsters Local 890 and Pesticide Action Network North America*

19 | MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
20 | California Rural Legal Assistance, Inc.
3 Williams Road
21 | Salinas, CA  93905
(831) 757-5221
22 | (831) 757-6212
mmeuter@crla.org
23 | jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*
24

25 | [PROPOSED] ORDER COMPELLING EPA TO SUBMIT A
26 | COMPLETE ADMINSTRATIVE RECORD(C07-3950 JF)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>        Plaintiffs,<br><br>        v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant. | Civ. No. C07-3950 JF<br><br>[PROPOSED] ORDER COMPELLING EPA TO SUBMIT A COMPLETE ADMINSTRATIVE RECORD |

[PROPOSED] ORDER COMPELLING EPA TO SUBMIT A COMPLETE ADMINSTRATIVE RECORD(C07-3950 JF)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

THIS MATTER comes before the Court on plaintiffs' Motion Compel the Filing of a Complete Administrative Record. Having considered all relevant motions, memoranda, and supporting documents, and good cause having been shown, the Court orders defendant Environmental Protection Agency to file the complete administrative record that includes drafts, internal communications, and other deliberative materials regarding the chlorpyrifos reregistration decisions in accordance with the schedule agreed upon by the parties in their Joint Case Management Statement filed on November 7, 2007.

IT IS SO ORDERED.

DATED at San Jose, California this _____ day of _____, 2007.

_____
HON. JEREMY FOGEL
United States District Court Judge

Presented by:

    /s/ Joshua Osborne-Klein
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

[PROPOSED] ORDER COMPELLING EPA TO SUBMIT A
COMPLETE ADMINSTRATIVE RECORD(C07-3950 JF)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers;*
*Sea Mar Community Health Center;*
*Pineros Y Campesinos Unidos Del Noroeste;*
*Beyond Pesticides;*
*Frente Indigena de Organizaciones Binacionales;*
*Farm Labor Organizing Committee,*
*AFL-CIO;Teamsters Local 890;*
*and Pesticide Action Network North America.*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiffs Martha Rodriguez*
*and Silvina Canez*

[PROPOSED] ORDER COMPELLING EPA TO SUBMIT A COMPLETE ADMINSTRATIVE RECORD(C07-3950 JF)   - 4 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*