PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*     HON. JEREMY FOGEL
JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C.  20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*Teamsters Local 890 and Pesticide Action Network North America*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

DECLARATION OF JOSHUA
OSBORNE-KLEIN(C07-3950 JF)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendant. | Civ. No. C07-3950 JF<br><br>DECLARATION OF JOSHUA OSBORNE-KLEIN |

I, JOSHUA OSBORNE-KLEIN, state and declare as follows:

　　1.　　I am an attorney with Earthjustice, counsel for plaintiffs United Farm Workers et al. in the above-captioned case. I make the statements set forth in this declaration on the basis of personal knowledge.

　　2.　　Attached to this declaration are true and correct copies of the following documents:

　　　　Exh. 1:　　Trout Unlimited v. Lohn, No. C05-1128C (W.D. Wash. May 4, 2006) (Order).

　　　　Exh. 2:　　Washington Toxics Coalition v. Dep't of Interior, No. C04-1998C (W.D. Wash. June 14, 2005) (Order).

　　　　Exh. 3:　　DOJ Guidance to Federal Agencies on Compiling the Administrative Record, (January 1999).

DECLARATION OF JOSHUA OSBORNE-KLEIN(C07-3950 JF)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Exh. 4: United Farm Workers v. Administrator, EPA, CV04-0099-RSM (W.D. Wash.) (Plaintiffs' Opposition and Reply).

Exh. 5: Trout Unlimited v. Lohn, No. C05-1128C (W.D. Wash. June 28, 2006) (Order).

Exh. 6: FOIA Request dated November 9, 2007 directed to Records, FOIA, and Privacy Branch, Office of Environmental Information, Environmental Protection Agency.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of November, 2007, in Seattle, Washington.

                                          /s/ Joshua Osborne-Klein
                                      JOSHUA OSBORNE-KLEIN

DECLARATION OF JOSHUA
OSBORNE-KLEIN(C07-3950 JF)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*