UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 16, 2007
**Case Number:** CV-07-3950-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED FARM WORKERS, ET AL  V. U.S. ENVIRONMENTAL PROTECTION AGENCY

|  PLAINTIFF  |  DEFENDANT  |
|---|---|
| **Attorneys Present:** Patti Goldman<br>Joshua Osborne-Klein | **Attorneys Present:** Norman Rave |

PROCEEDINGS:
   Case management conference held.  Parties are present.
   Continued to 2/22/08 at 10:30 a.m. for further case management conference.