1  PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*    HON. JEREMY FOGEL
   JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
2  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
3  705 Second Avenue, Suite 203
   Seattle, WA  98104
4  (206) 343-7340
   (206) 343-1526 *[FAX]*
5  pgoldman@earthjustice.org
   josborne-klein@earthjustice.org
6  kboyles@earthjustice.org

7  SHELLEY DAVIS (DCB #41331)
   VIRGINIA RUIZ (CSB #194986)
8  Farmworker Justice
   1126 – 16th Street, N.W., Suite 270
9  Washington, D.C.  20036
   (202) 293-5420
10 (202) 293-5427 *[FAX]*
   sdavis@nclr.org
11 vruiz@nclr.org

12 AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
   Natural Resources Defense Council
13 1200 New York Avenue, N.W.
   Washington, D.C.  20005
14 (202) 289-6868
   (202) 289-1060 *[FAX]*
15 acolangelo@nrdc.org

16 *Attorneys for Plaintiffs United Farm Workers;*
   *Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
17 *Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
   *Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
18 *Teamsters Local 890 and Pesticide Action Network North America*

19 MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
20 California Rural Legal Assistance, Inc.
   3 Williams Road
21 Salinas, CA  93905
   (831) 757-5221
22 (831) 757-6212
   mmeuter@crla.org
23 jgettleman@crla.org
   *Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*
24

25
   NOTICE OF SCHEDULING RE: MOTION
26 TO COMPEL (C07-3950 JF)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civ. No. C07-3950 JF<br><br>NOTICE OF SCHEDULING RE: MOTION TO COMPEL<br><br>HEARING DATE:<br>Friday, February 1, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |

Pursuant to Local Rule 7-1, plaintiffs United Farm Workers et al. have moved this court to compel defendant Environmental Protection Agency to produce a complete administrative record (docket number 26, filed on November 16, 1007).  The Court has scheduled a hearing for the motion to compel on February 1, 2008, at 9:00 a.m., in Courtroom 3.

Respectfully submitted this 7th day of December, 2007.

        /s/ Joshua Osborne-Klein
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

NOTICE OF SCHEDULING RE: MOTION
TO COMPEL (C07-3950 JF)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

NOTICE OF SCHEDULING RE: MOTION
TO COMPEL (C07-3950 JF)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*