1  PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*        HON. JEREMY FOGEL
   JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
2  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
3  705 Second Avenue, Suite 203
   Seattle, WA  98104
4  (206) 343-7340
   (206) 343-1526 *[FAX]*
5  pgoldman@earthjustice.org
   josborne-klein@earthjustice.org
6  kboyles@earthjustice.org

7  SHELLEY DAVIS (DCB #41331)
   VIRGINIA RUIZ (CSB #194986)
8  Farmworker Justice
   1126 – 16th Street, N.W., Suite 270
9  Washington, D.C.  20036
   (202) 293-5420
10 (202) 293-5427 *[FAX]*
   sdavis@nclr.org
11 vruiz@nclr.org

12 AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
   Natural Resources Defense Council
13 1200 New York Avenue, N.W.
   Washington, D.C.  20005
14 (202) 289-6868
   (202) 289-1060 *[FAX]*
15 acolangelo@nrdc.org

16 *Attorneys for Plaintiffs United Farm Workers;*
   *Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
17 *Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
   *Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
18 *Teamsters Local 890 and Pesticide Action Network North America*

19 MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
20 California Rural Legal Assistance, Inc.
   3 Williams Road
21 Salinas, CA  93905
   (831) 757-5221
22 (831) 757-6212
   mmeuter@crla.org
23 jgettleman@crla.org
   *Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*
24

25
   SECOND DECLARATION OF JOSHUA
26 OSBORNE-KLEIN(C07-3950 JF)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ,    )<br><br>Plaintiffs,    )<br><br>v.    )<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,    )<br><br>Defendant.    ) | Civ. No.  C07-3950 JF<br><br><br>SECOND DECLARATION OF JOSHUA OSBORNE-KLEIN |

I, JOSHUA OSBORNE-KLEIN, state and declare as follows:

1.    I am an attorney with Earthjustice, counsel for plaintiffs United Farm Workers <u>et al.</u> in the above-captioned case.  I make the statements set forth in this declaration on the basis of personal knowledge.

2.    Attached to this declaration are true and correct copies of the following documents:

Exh. 1:    <u>Western Watersheds Project v. Forest Service</u>, No. CV-06-277-E-BLW (D. Idaho Dec. 4, 2007).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of December, 2007, in Seattle, Washington.

_____/s/ Joshua Osborne-Klein_____
JOSHUA OSBORNE-KLEIN

SECOND DECLARATION OF JOSHUA
OSBORNE-KLEIN(C07-3950 JF)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*