1  Laurence A. Weiss (Bar No. 164638)
       Laurence.Weiss@hellerehrman.com
2  HELLER EHRMAN LLP
   275 Middlefield Road
3  Menlo Park, CA  94025-3506
   Telephone:    650.324.7000
4  Facsimile:    650.324.0638

5  David B. Weinberg (D.C. Bar # 186247)
       dweinberg@wileyrein.com
6  Eric Andreas (D.C. Bar # 462777)
       eandreas@wileyrein.com
7  David E. Markert (D.C. Bar #502486)
       dmarkert@wileyrein.com
8  WILEY REIN LLP
   1776 K Street NW
9  Washington, DC  20006
   Telephone:    202.719.7000
10 Facsimile:    202.719.7049

11 Attorneys for Intervenor-Defendant
   Dow AgroSciences LLC

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., | Case No. C 07-03950 JF |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION BY APPLICANT DOW AGROSCIENCES LLC TO INTERVENE** |
| v. | |
| ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

[PROPOSED] ORDER
C 07-03950 JF    - 1 -

1    On February 1, 2008, Applicant Dow AgroSciences LLC ("DAS") moved to intervene
2 under Rules 24(a)(2) and 24(b)(2) of the Federal Rules of Civil Procedure.  Having considered
3 the Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the
4 accompanying Declaration of Michael Shaw, all pleadings and papers filed herein, oral argument
5 of counsel, and good cause appearing therefore, the motion by DAS to intervene is hereby
6 GRANTED.
7    SO ORDERED.
8
9    Dated: _____        _____
                                     Hon. Jeremy Fogel
10                                    United States District Judge