UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ADMINISTRATOR,<br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br><br>　　　　　　Defendant. | Case No. C 07-03950 JF<br><br>**DECLARATION OF MICHAEL SHAW** |

I, Michael Shaw, declare under the penalty of perjury, pursuant to 18 U.S.C. § 1546, that the following is true and correct:

1.　I am employed by Dow AgroSciences LLC ("DAS"), a wholly-owned subsidiary of The Dow Chemical Company, as an Advocacy and Issue Management Leader within our Regulatory Sciences and Government Affairs function. One of my roles in that position involves coordination of DAS' interactions with the United States Environmental Protection Agency ("EPA") with regard to pesticides containing the active ingredient chlorpyrifos. I have been working on regulatory and public policy issues related to chlorpyrifos, including that chemical's reregistration, since 1994. All statements in this declaration are based on my personal knowledge.

2.　Chlorpyrifos is an insecticide, acaricide, and miticide that is used by farmers in the United States and 97 other countries to defend more than 50 different crops against attack by foliage and soil insect pests. It was discovered by The Dow Chemical Company in 1962, and first registered for use in the United States in 1965.

3.　DAS is the world's primary manufacturer, distributor, and seller of pesticide

SHAW DECLARATION
C 07-03950 JF    - 1 -

1  products containing chlorpyrifos.  In the United States, commercially available data reveals that
2  approximately 8 million pounds of chlorpyrifos is applied to agricultural crops, with
3  approximately 20 to 25 per cent of annual use occurring on crops in the State of California. Crops
4  which constitute the majority of chlorpyrifos use in the United States include corn, soybeans,
5  citrus, almonds, walnuts, pecans, apples, alfalfa and wheat.

6    4.    DAS holds the following registrations issued by EPA for products containing
7  chlorpyrifos:

| Registration No. | Product Name |
|---|---|
| 62719-11 | Dursban 4E Insecticide |
| 62719-34 | Lorsban 15G |
| 62719-47 | Dursban TC |
| 62719-65 | Dursban 2E |
| 62719-69 | Dursban WT Insecticidal Wood Treatment Concentrate |
| 62719-72 | Dursban 50W in Water Soluble Packets |
| 62719-77 | Lentrek* 6 WT |
| 62719-79 | Lock-On |
| 62719-88 | Dursban ME20 |
| 62719-89 | Dursban ME04 Microencapsulated |
| 62719-90 | Dursban ME02 Microencapsulated |
| 62719-166 | Dursban PRO |
| 62719-210 | Dursban 1G Insecticide |
| 62719-220 | Lorsban-4E |
| 62719-221 | Lorsban 50W Insecticide in Water Soluble Packets |
| 62719-254 | Dursban 4E-N |
| 62719-271 | Dursban 1F |
| 62719-276 | Dursban 2.5G |
| 62719-301 | Lorsban* 75WG |
| 62719-351 | Dursban HF |
| 62719-352 | Dursban W |
| 62719-353 | Dursban F |
| 62719-355 | Dursban R |
| 62719-364 | Dursban 20 MEC |
| 62719-575 | GF-1846 |

    5.    Four other companies hold technical chlorpyrifos registrations.  However, DAS
sells the largest volume of products, and these companies are relying on DAS to take the lead in

SHAW DECLARATION
C 07-03950 JF   - 2 -

defending their products.

6. Chlorpyrifos' health and safety risks have been extensively examined and re-examined by numerous governmental regulatory bodies, including EPA. In the past four decades, millions of dollars have been spent on over 3,600 studies of the potential impact of chlorpyrifos-containing products on human health and the environment. Most of these studies were conducted and funded by DAS, with some contributions from other registrants. DAS continually updates the studies' results with data generated using the newest testing technologies.

7. DAS also operates an extensive product stewardship program that supports and advises customers on chlorpyrifos application techniques that minimize risks to people or the environment.

8. EPA completed a comprehensive review of chlorpyrifos' safety in September 2001, at which time the Agency issued an Interim Reregistration Eligibility Decision ("IRED") for the chemical. In the IRED, EPA determined that chlorpyrifos was eligible for reregistration for agricultural uses. EPA made its reregistration determination contingent upon an assessment of the cumulative risk posed by all organophosphate pesticides – a group of chemically-related pesticides to which chlorpyrifos belongs. That assessment was completed by EPA in July 2006. Shortly thereafter, the Agency finalized the IRED for chlorpyrifos, concluding that the cumulative risk posed by all organophosphate pesticides did not require reconsideration of its September 2001 reregistration decision, and issued a Reregistration Eligibility Document ("RED").

9. DAS was an active participant in the reregistration process that culminated in the chlorpyrifos IRED and RED. For example, DAS in January, 1999, filed 210 pages of comments in response of an ecological risk assessment; in September, 1999, filed 270 pages of comments on the preliminary health risk assessment; in December, 1999, filed 172 pages of further comments on those assessments; in January, 2002 filed 137 pages of comments; and throughout the reregistration period provided EPA with numerous shorter comments and communications. DAS also was a party to, and played a major role in negotiating with EPA, a June, 2000 Memorandum of Agreement between EPA and chlorpyrifos registrants that provided for the voluntary

SHAW DECLARATION
C 07-03950 JF   - 3 -

1  cancellation of non-agricultural uses of chlorpyrifos.

2      10.    EPA's participation in this lawsuit does not protect DAS' interests. In general, DAS finds itself in an adversarial relationship with EPA. EPA lacks the focused, parochial financial interests that DAS has in defending the chlorpyrifos IRED. Nor does the Agency have DAS' experience and knowledge in the complex business of supplying chlorpyrifos products. Moreover, DAS routinely conducts extensive research on the pesticides it manufactures and thus has special expertise that makes it uniquely able to both defend chlorpyrifos' safety and accurately delineate the pesticide's likely effects on human health and the environment. In short, DAS' has different interests that could lead it to take different positions on certain issues from EPA, including the issue of whether settlement of this case without adjudication is appropriate.

    11.    DAS obtains substantial profits from its sale and distribution of chlorpyrifos products, and by virtue of its defense activities and product stewardship programs has developed a very favorable reputation among its customers and others in the agricultural business. If Plaintiffs prevail in this case, DAS' chlorpyrifos sales are likely to be reduced (or even eliminated), and its customers are likely to view the company negatively for failing to adequately defend its product.

    12.    DAS also would encounter substantial financial burdens if Plaintiffs obtain the re-review of the chlorpyrifos IRED that they seek. Uncertainty about the future availability of chlorpyrifos products likely will lead some of DAS' chlorpyrifos customers to switch to substitutes offered by other companies. DAS also would be forced to incur additional cost to defend chlorpyrifos' safety.

    13.    The value of DAS' registrations for chlorpyrifos products would be significantly reduced if Plaintiffs prevail and EPA imposes additional restrictions on the distribution or use of chlorpyrifos-containing products, or even a total ban on the sale of such products, following a re-review of the September 2001 IRED. Much of DAS' investment in the hundreds of studies that enabled it to obtain and maintain its registrations would be rendered useless. Moreover, if EPA were to reregister chlorpyrifos on the condition that DAS conduct more studies on the pesticide's safety, the cost of meeting such a condition may be so great that DAS would have no choice but

SHAW DECLARATION
C 07-03950 JF   - 4 -

1 | to cancel or narrow its registrations.
2 |     Further declarant sayeth not.

_____   __11/30/2007__
Michael Shaw                    Date

12742702.3

SHAW DECLARATION
C 07-03950 JF   - 5 -

1  to cancel or narrow its registrations.

2  Further declarant sayeth not.

5  _[signature]_  11/30/2007
6  Michael Shaw    Date

8  State of: Indiana

9  County of: Marion

10 On this day personally appeared Michael Shaw, known to me or proved to me under oath to be the person whose name is subscribed to the foregoing instrument. Signed and sworn to before me this 30 day of November, 2007.

15 12742702.3  _[signature]_
16 Lisa R. Dungan Brooks

17 Notary Public for the State of Indiana

18 Residing at: Hamilton County, Indiana

19 My commission expires: June 14, 2015

[Notary Seal: LISA R. DUNGAN BROOKS, Notary Public- Seal, State of Indiana, My Commission Expires Jun 14, 2015]

SHAW DECLARATION
C 07-03950 JF   - 5 -