Laurence A. Weiss (Bar No. 164638)
    Laurence.Weiss@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:    650.324.7000
Facsimile:    650.324.0638

David B. Weinberg (D.C. Bar # 186247)
    dweinberg@wileyrein.com
Eric Andreas (D.C. Bar # 462777)
    eandreas@wileyrein.com
David E. Markert (D.C. Bar #502486)
    dmarkert@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Telephone:    202.719.7000
Facsimile:    202.719.7049

Attorneys for Intervenor-Defendant
Dow AgroSciences LLC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No. C 07-03950 JF <br><br> **RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR INTERVENOR-DEFENDANT DOW AGROSCIENCES LLC** |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, intervenor-defendant Dow AgroSciences LLC ("DAS"), through its undersigned counsel, certifies that DAS' members are Centen Ag, Inc., Rofan Services, Inc., and Mycogen Corp., each a wholly-owned subsidiary of The Dow Chemical Company, and that there are no other publicly-held corporations owning 10% or

1

RULE 7.1 DISCLOSURE STATEMENT & LOCAL RULE 3-16 CERTIFICATION – CASE NO. C 07-03950 JF

more of DAS' common stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, intervenor-defendant Dow AgroSciences LLC ("DAS"), through its undersigned counsel, certifies that, in addition to the named plaintiffs and defendant hereto and DAS as intervenor-defendant, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| INTERESTED PARTIES | CONNECTION AND/OR INTEREST |
|---|---|
| The Dow Chemical Company | Parent of intervenor-defendant DAS and each of DAS' members |
| Centen Ag, Inc. | Member of DAS |
| Rofan Services, Inc. | Member of DAS |
| Mycogen Corp. | Member of DAS |
| Cheminova A/S | Holder of technical chlorpyrifos registration |
| Makhteshim Chemical Works, Ltd. | Holder of technical chlorpyrifos registration |
| Drexel Chemical Co. | Holder of technical chlorpyrifos registration |
| Gharda Chemicals, Ltd. | Holder of technical chlorpyrifos registration |

DATED: December 12, 2007          HELLER EHRMAN LLP


By /s/ Laurence A. Weiss
LAURENCE A. WEISS
Attorneys for Intervenor-Defendant
Dow AgroSciences LLC

2

RULE 7.1 DISCLOSURE STATEMENT & LOCAL RULE 3-16 CERTIFICATION – CASE NO. C 07-03950 JF