Laurence A. Weiss (Bar No. 164638)
    Laurence.Weiss@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:    650.324.7000
Facsimile:     650.324.0638

David B. Weinberg (D.C. Bar # 186247)
    dweinberg@wileyrein.com
Eric Andreas (D.C. Bar # 462777)
    eandreas@wileyrein.com
David E. Markert (D.C. Bar #502486)
    dmarkert@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Telephone:    202.719.7000
Facsimile:     202.719.7049

Attorneys for Intervenor-Defendant
Dow AgroSciences LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., | Case No.: C 07-03950 |
| Plaintiffs, | |
| vs. | **PROOF OF SERVICE** |
| ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

PROOF OF SERVICE:  CASE NO. C 07-03950 JF

# PROOF OF SERVICE

I, Danielle Delorio, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 275 Middlefield Road, Menlo Park, California 94025.

On, December 13, 2007, I served the document(s) listed below on the interested parties in this action by placing true and correct copy thereof, enclosed in a sealed envelope addressed as indicated below:

| | |
|---|---|
| *KRISTEN LEE BOYLES (CSB #158450)<br>PATTI A. GOLDMAN (WSB #24426)<br>JOSHUA OSBORNE-KLEIN (WSB #36736)<br>Earthjustice Legal Defense Fund<br>705 Second Avenue<br>Suite 203<br>Seattle, WA 98104<br>(206) 343-7340<br>(206) 343-1526 *[FAX]*<br>kboyles@earthjustice.org<br>pgoldman@earthjustice.org<br>josborne-klein@earthjustice.org | SHELLEY DAVIS (DCB #41331)<br>VIRGINIA RUIZ (CSB #194986)<br>Farmworker Justice<br>1126 – 16th Street, N.W.<br>Suite 270<br>Washington, D.C. 20036<br>(202) 293-5420<br>(202) 293-5427 *[FAX]*<br>sdavis@nclr.org<br>vruiz@nclr.org |
| *MICHAEL MEUTER (CSB #161554<br>JONATHAN GETTLEMAN (CSB #243560)<br>California Rural Legal Assistance, Inc.<br>3 Williams Road<br>Salinas, CA 93905<br>(831) 757-5221<br>(831) 757-6212<br>mmeuter@crla.org<br>jgettleman@crla.org | AARON COLANGELO (DCB #468448)<br>Natural Resources Defense Council<br>1200 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 289-2376<br>(202) 289-1060 *[FAX]*<br>acolangelo@nrdc.org |

DOCUMENT(S) SERVED:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HACE VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HACE VICE***

X    BY MAIL: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Menlo Park, California.

X    BY EMAIL: I served the above document in PDF format by electronic transmission to the listed email addresses.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct; that this declaration is executed on December 13, 2007, at Menlo
3  Park, California; and that I am employed in the office of a member of the bar of this Court at whose
4  direction the service was made.

_____
Danielle Delorio

Heller Ehrman LLP

PROOF OF SERVICE: CASE NO. C 07-03950 JF