Clerk's Use Only
Initial for fee pd.:

David B. Weinberg
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Filed
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED FARM WORKERS, AFL-CIO, et al.,

    Plaintiffs,

v.

ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Defendant.

Case No. C 07-03950 JF

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

ORIGINAL

Pursuant to Civil L.R. 11-3, David B. Weinberg, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Intervenor Dow AgroSciences LLC in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Laurence A. Weiss
    HELLER EHRMAN LLP
    275 Middlefield Road
    Menlo Park, CA 94025-3506
    Tel: (650) 324-6779

PRO HAC VICE APPLICATION
C 07-03950 JF - 1

WILEY REIN LLP
ATTORNEYS AT LAW
WASHINGTON

1 | I declare under penalty of perjury that the foregoing is true and correct.

4 | Dated:  December 6, 2007

_____
David B. Weinberg

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002231
Cashier ID: waltonb
Transaction Date: 12/13/2007
Payer Name: Careful Attorney Service
----------------------------------------
PRO HAC VICE
 For: David B. Weinberg
 Case/Party: D-CAN-5-07-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 2430
 Amt Tendered:  $210.00
----------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

Case assigned to Judge Fogel,
attorney

David B. Weinberg is representing
Intervenor Dow AgroSciences LLC


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```