PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*   HON. JEREMY FOGEL
JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C.  20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*Teamsters Local 890 and Pesticide Action Network North America*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

PLAINTIFFS' NON-OPPOSITION TO DOW
AGROSCIENCES' MOTION TO INTERVENE
(C07-3950 JF)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ, <br><br>Plaintiffs, <br><br>v. <br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br>Defendant. | Civ. No. C07-3950 JF <br><br> PLAINTIFFS' NON-OPPOSITION TO DOW AGROSCIENCES' MOTION TO INTERVENE |

Dow AgroSciences ("Dow"), the primary manufacturer and registrant of chlorpyrifos, seeks to intervene in this case to defend EPA's chlorpyrifos registration decisions. In its motion for intervention, Dow mistakenly states that "Plaintiffs do not consent" to Dow's intervention. Dow Motion at 1. On the contrary, in two separate telephone conversations, counsel for plaintiffs United Farm Workers et al. ("UFW") informed counsel for Dow that UFW would not oppose Dow's intervention. UFW maintains its position of non-opposition regarding Dow's intervention.

PLAINTIFFS' NON-OPPOSITION TO DOW
AGROSCIENCES' MOTION TO INTERVENE
(C07-3950 JF)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Respectfully submitted this 19th day of December, 2007.

/s/ Joshua Osborne-Klein
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

PLAINTIFFS' NON-OPPOSITION TO DOW
AGROSCIENCES' MOTION TO INTERVENE
(C07-3950 JF)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

PLAINTIFFS' NON-OPPOSITION TO DOW
AGROSCIENCES' MOTION TO INTERVENE
(C07-3950 JF)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On December 19, 2007, I served a true and correct copy of the following documents on the parties listed below:

1. Plaintiffs' Non-Opposition to Dow Agrosciences' Motion to Intervene.

| | |
|---|---|
| Norman L. Rave, Jr.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>(202) 616-7568<br>(20) 514-8865 *[FAX]*<br>norman.rave@usdoj.gov<br>*Attorney for Defendant* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| David B Weinberg<br>Eric Andreas<br>David E. Markert<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>(202) 719-7000<br>(202) 719-7049 *[FAX]*<br>dweinberg@wileyrein.com<br>eandreas@wileyrein.com<br>dmarkert@wileyrein.com<br>*Attorneys for Defendant-Intervenor*<br>*Dow AgroSciences LLC* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE (C07-3950 JF) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Laurence A. Weiss
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
(650) 324-7000
(650) 324-0638 [FAX]
Laurence.Weiss@hellerehrman.com
*Attorneys for Defendant-Intervenor*
*Dow AgroSciences LLC*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of December, 2007, at Seattle, Washington.

*[signature]*
Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 JF)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*