RECEIVED
DEC 13 2007
RICHARD W. [WIEKING]
CLERK, U.S. [DISTRICT COURT]
NORTHERN D[ISTRICT OF CALIFORNIA]

Filed
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division

UNITED FARM WORKERS, AFL-CIO, et al.

    Plaintiff(s),

v.

ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant(s).

CASE NO. C 07-03950 JF

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

ORIGINAL

David B. Weinberg, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number (particular court to which applicant is admitted) is:

    WILEY REIN LLP
    1776 K Street, NW
    Washington, DC 20006
    Tel: 202-719-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor Dow AgroSciences LLC

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/18/07

    United States District Judge
    Jeremy Fogel