1  PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*    HON. JEREMY FOGEL
   JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
2  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
3  705 Second Avenue, Suite 203
   Seattle, WA  98104
4  (206) 343-7340
   (206) 343-1526 *[FAX]*
5  pgoldman@earthjustice.org
   josborne-klein@earthjustice.org
6  kboyles@earthjustice.org

7  SHELLEY DAVIS (DCB #41331)
   VIRGINIA RUIZ (CSB #194986)
8  Farmworker Justice
   1126 – 16th Street, N.W., Suite 270
9  Washington, D.C.  20036
   (202) 293-5420
10 (202) 293-5427 *[FAX]*
   sdavis@nclr.org
11 vruiz@nclr.org

12 AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
   Natural Resources Defense Council
13 1200 New York Avenue, N.W.
   Washington, D.C.  20005
14 (202) 289-6868
   (202) 289-1060 *[FAX]*
15 acolangelo@nrdc.org

16 *Attorneys for Plaintiffs United Farm Workers;*
   *Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
17 *Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
   *Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
18 *Teamsters Local 890 and Pesticide Action Network North America*

19 MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
20 California Rural Legal Assistance, Inc.
   3 Williams Road
21 Salinas, CA  93905
   (831) 757-5221
22 (831) 757-6212
   mmeuter@crla.org
23 jgettleman@crla.org
   *Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*
24

25  STATEMENT OF RECENT DECISION

26  (C07-3950 JF)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>        Plaintiffs,<br><br>        v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant. | Civ. No. C07-3950 JF<br><br>STATEMENT OF RECENT DECISION |

Pursuant to Local Rule 7-3(d), plaintiffs United Farm Workers et al. ("UFW") hereby file this Statement of Recent Decision to inform the Court of the district court ruling in Northwest Environmental Advocates v. EPA, No. 05-1876-HA (D. Or. Jan. 7, 2008) (attached as Exhibit A). This supplemental authority supports UFW's pending motion to compel EPA to produce a complete administrative record and submit a privilege log of materials that EPA withholds as deliberative or otherwise privileged. (Docket No. 26).

STATEMENT OF RECENT DECISION
(C07-3950 JF)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Respectfully submitted this 10th day of January, 2008.

    /s/ Joshua Osborne-Klein
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C.  20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

STATEMENT OF RECENT DECISION
(C07-3950 JF)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

STATEMENT OF RECENT DECISION
(C07-3950 JF)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On January 10, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Statement of Recent Decision.

| | |
|---|---|
| Norman L. Rave, Jr.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>(202) 616-7568<br>(20) 514-8865 *[FAX]*<br>norman.rave@usdoj.gov<br>*Attorney for Defendant* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| David B Weinberg<br>Eric Andreas<br>David E. Markert<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>(202) 719-7000<br>(202) 719-7049 *[FAX]*<br>dweinberg@wileyrein.com<br>eandreas@wileyrein.com<br>dmarkert@wileyrein.com<br>*Attorneys for Defendant-Intervenor*<br>*Dow AgroSciences LLC* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE (C07-3950 JF) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Laurence A. Weiss | ☐ via facsimile |
| 2 | Heller Ehrman LLP<br>275 Middlefield Road | ☐ via overnight courier<br>☐ via certified mail |
| 3 | Menlo Park, CA  94025-3506<br>(650) 324-7000 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 4 | (650) 324-0638 *[FAX]* | ☒ via electronic service by Clerk |
| 5 | Laurence.Weiss@hellerehrman.com<br>*Attorneys for Defendant-Intervenor* | |
| 6 | *Dow AgroSciences LLC* | |

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of January, 2008, at Seattle, Washington.

*[Signature]*

Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 JF)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*