**E-filed 1/16/08**

PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*
JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

HON. JEREMY FOGEL

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO; Teamsters Local 890 and Pesticide Action Network North America*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant,<br>and<br><br>DOW AGROSCIENCES LLC,<br><br>Intervenor-Defendant. | ) | Civ. No. C07-3950 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Pursuant to Local Rules 6-2 and 7-12, the parties stipulate that the case management conference (currently scheduled for February 22, 2008) be rescheduled for Friday, February 29, 2008, at 10:30 am. Counsel for plaintiffs have a hearing in a different case scheduled at the time when the case management conference in the present case is currently scheduled. There have been no prior scheduling modifications in this case and the requested modification is unlikely to have any effect on the case schedule.

The parties also stipulate that the case management schedule be held by phone. Counsel will contact Courtcall at (866) 582-6878 to set up their telephonic appearances.

Respectfully submitted this 15th day of January, 2008.

/s/ Joshua Osborne-Klein
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

/s/ Joshua Osborne-Klein (email authorization for)
NORMAN L. RAVE, JR.
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 616-7568
(202) 514-8865 *[FAX]*
norman.rave@usdoj.gov

*Attorneys for Defendant Environmental Protection Agency*

/s/ Joshua Osborne-Klein (email authorization for)
LAURENCE A. WEISS
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
(650) 324-7000
(650) 324-0638

*Attorneys for Intervenor-Defendant Dow AgroSciences LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/16/08

Honorable Jeremy Fogel
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE(C07-3950 JF) 2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On January 15, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Stipulation and [Proposed] Order to Reschedule Case Management Conference.

Norman L. Rave, Jr.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 616-7568
(20) 514-8865 *[FAX]*
norman.rave@usdoj.gov
*Attorney for Defendant*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

David B Weinberg
Eric Andreas
David E. Markert
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000
(202) 719-7049 *[FAX]*
dweinberg@wileyrein.com
eandreas@wileyrein.com
dmarkert@wileyrein.com
*Attorneys for Defendant-Intervenor*
*Dow AgroSciences LLC*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Laurence A. Weiss
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
(650) 324-7000
(650) 324-0638 *[FAX]*
Laurence.Weiss@hellerehrman.com
*Attorneys for Defendant-Intervenor*
*Dow AgroSciences LLC*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of January, 2008, at Seattle, Washington.

Cheryl McEvoy

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*