Laurence A. Weiss (Bar No. 164638)
  Laurence.Weiss@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:     650.324.7000
Facsimile:      650.324.0638

David B. Weinberg (D.C. Bar # 186247) (admitted *pro hac vice*)
  dweinberg@wileyrein.com
Eric Andreas (D.C. Bar # 462777)
  eandreas@wileyrein.com
David E. Markert (D.C. Bar #502486)
  dmarkert@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Telephone:     202.719.7000
Facsimile:      202.719.7049

Attorneys for Intervenor-Defendant
Dow AgroSciences LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　　Defendant. | Case No. C 07-03950 JF<br><br>**NOTICE OF NON-OPPOSITION TO DOW AGROSCIENCES LLC'S MOTION TO INTERVENE**<br><br>Date:　Friday, February 1, 2008<br>Time:　9:00 a.m.<br>Place:　Courtroom 3, 5th Floor<br><br>The Honorable Jeremy Fogel |

　　　　On December 12, 2007, Dow Agrosciences LLC ("DAS") filed a Motion to Intervene in this action, pursuant to Rules 24(a)(2) and 24(b)(2) of the Federal Rules of Civil Procedure.  In its accompanying Notice of Motion, DAS reported to the Court that counsel for Defendant had advised DAS that Defendant takes no position on this motion, and that counsel for Plaintiffs had informed

1  DAS that Plaintiffs do not consent to this motion.  On December 19, 2007, however, Plaintiffs filed
2  a Non-opposition to Dow Agrosciences' Motion to Intervene, which stated that Plaintiffs do not
3  oppose DAS's intervention.  In discussions with counsel for DAS relating to scheduling of the case
4  management conference, Plaintiffs' counsel has confirmed that Plaintiffs do not object to the
5  intervention.
6       Pursuant to Civil Local Rule 7-3, any opposition to DAS's Motion to Intervene was required
7  to be filed by January 11, 2008.  This date has now passed with no opposition having been filed.
8  Accordingly, DAS hereby requests that the Court grant its Motion to Intervene.

DATED: January 18, 2007                HELLER EHRMAN LLP


                                        By _____\s_____
                                              LAURENCE A. WEISS

                                        Attorneys for Intervenor-Defendant
                                        Dow AgroSciences LLC

- 2 -
NOTICE OF NON-OPPOSITION TO DOW AGROSCIENCES LLC'S MOTION TO INTERVENE
CASE NO. C 07-03950 JF