| | |
|---|---|
| PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice* | HON. JEREMY FOGEL |

JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (DCB #41331)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*Teamsters Local 890 and Pesticide Action Network North America*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

STATEMENT OF RECENT DECISION
(C07-3950 JF)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ, <br><br>       Plaintiffs, <br><br>       v. <br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br>       Defendant. | Civ. No. C07-3950 JF <br><br> STATEMENT OF RECENT DECISION |

Pursuant to Local Rule 7-3(d), plaintiffs United Farm Workers et al. ("UFW") hereby file this Statement of Recent Decision to inform the Court of the district court ruling in Natural Resources Defense Council v. Gutierrez, No C01-0421JL (N.D. Cal. Jan. 14, 2008) (attached as Exhibit A). This supplemental authority supports UFW's pending motion to compel EPA to produce a complete administrative record and submit a privilege log of materials that EPA withholds as deliberative or otherwise privileged. (Docket No. 26).

1STATEMENT OF RECENT DECISION
(C07-3950 JF)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | |
|---|---|
| 1 | Respectfully submitted this 18th day of January, 2007. |
| 2 | |
| 3 |         /s/ Joshua Osborne-Klein |
| | PATTI GOLDMAN (WSB #24426) |
| 4 | JOSHUA OSBORNE-KLEIN (WSB #36736) |
| | KRISTEN L. BOYLES (CSB #158450) |
| 5 | Earthjustice |
| | 705 Second Avenue, Suite 203 |
| 6 | Seattle, WA  98104 |
| | (206) 343-7340 |
| 7 | (206) 343-1526 *[FAX]* |
| | pgoldman@earthjustice.org |
| 8 | josborne-klein@earthjustice.org |
| | kboyles@earthjustice.org |
| 9 | |
| 10 | SHELLEY DAVIS (DCB #41331) |
| | VIRGINIA RUIZ (CSB #194986) |
| 11 | Farmworker Justice |
| | 1126 – 16th Street, N.W., Suite 270 |
| 12 | Washington, D.C.  20036 |
| | (202) 293-5420 |
| 13 | (202) 293-5427 *[FAX]* |
| | sdavis@nclr.org |
| 14 | vruiz@nclr.org |
| 15 | AARON COLANGELO (DCB #468448) |
| | Natural Resources Defense Council |
| 16 | 1200 New York Avenue, N.W. |
| | Washington, D.C.  20005 |
| 17 | (202) 289-6868 |
| | (202) 289-1060 *[FAX]* |
| 18 | acolangelo@nrdc.org |
| 19 | *Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.* |

2STATEMENT OF RECENT DECISION
(C07-3950 JF)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

3STATEMENT OF RECENT DECISION
(C07-3950 JF)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On January 18, 2008, I served a true and correct copy of the following documents on the parties listed below:

    1.    Statement of Recent Decision.

Norman L. Rave, Jr.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23986
Washington, D.C.  20026-3986
(202) 616-7568
(20) 514-8865 *[FAX]*
norman.rave@usdoj.gov
*Attorney for Defendant*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

David B Weinberg
Eric Andreas
David E. Markert
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006
(202) 719-7000
(202) 719-7049 *[FAX]*
dweinberg@wileyrein.com
eandreas@wileyrein.com
dmarkert@wileyrein.com
*Attorneys for Defendant-Intervenor*
*Dow AgroSciences LLC*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE (C07-3950 JF)  - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Laurence A. Weiss
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
(650) 324-7000
(650) 324-0638 *[FAX]*
Laurence.Weiss@hellerehrman.com
*Attorneys for Defendant-Intervenor*
*Dow AgroSciences LLC*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of January, 2008, at Seattle, Washington.

*Cheryl McEvoy*
Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 JF)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*