UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 1, 2008
**Case Number:** CV-07-3950-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:       UNITED FARM WORKERS, ET AL  V. U.S. ENVIRONMENTAL PROTECTION AGENCY

PLAINTIFF                                           DEFENDANT

Attorneys Present: Patti Goldman              Attorneys Present: Norman Rave
                                                                Laurence Weiss for Intervenor

PROCEEDINGS:
Hearing on Motion to Intervene and Motion to Compel held. Parties are present.
The Motion to Intervene is granted. The Motion to Compel is taken under submission.