1  RONALD J. TENPAS
2  Assistant Attorney General
   NORMAN L. RAVE, JR.
3  Trial Attorney
4  U.S. Department of Justice
   Environment and Natural Resources Division
5  P.O. Box 23986
6  Washington, D.C. 20026-3986
   Tel: (202) 616-7568
7  Fax: (202) 514-8865
8  Attorneys for Defendants

9

10          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  UNITED FARM WORKERS,  )    Case No. C 07-03950 JF
    AFL-CIO, et al.,       )
14                         )
                           )
15          Plaintiffs,    )    STIPULATED MOTION
                           )    TO CONTINUE CASE
16     v.                  )    MANAGEMENT CONFERENCE
17                         )
                           )
18  ADMINISTRATOR,         )
19  UNITED STATES          )
    ENVIRONMENTAL          )
20  PROTECTION AGENCY,     )
21          Defendant.     )
                           )
22  ─────────────────────  )

23      Pursuant to Local Rules 6-2 and 7-12, the parties stipulate that the case

24  management conference (currently scheduled for February 29, 2008) be rescheduled for

25  Friday, March 21, 2008, at 10:30 am.  Counsel for defendant  has a hearing in a different

26  case scheduled at the time when the case management conference in the present case is

27
    currently scheduled.  There has been one previous continuance of the case management
28  NO. C-07-03950 JF
    STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  conference in this case.  However, the parties have been acting in accordance with the

2  schedule in the proposed scheduling order submit jointly by plaintiffs and defendant, and

3  thus this proposed continuance is unlikely to have any effect on the case schedule

4

5      The parties also stipulate that the case management schedule be held by phone.

6  Counsel will contact Courtcall at (866) 582-6878 to set up their telephonic appearances.

7      Respectfully submitted this 22nd day of February, 2008.

8                                              RONALD J. TENPAS
                                               Assistant Attorney General
9

10                                              /S/ Norman L. Rave, Jr.
                                               NORMAN L. RAVE, JR.
11                                             Trial Attorney
                                               United States Department of Justice
12                                             Environment and Natural Resources
                                                Division
13                                             P.O. Box 23986
                                               Washington, D.C. 20026-3986
14                                             Tel: (202) 616-7568
                                               Fax: (202) 514-8865
15

16                                             Counsel for Defendant

17

18

19

20

21

22

23

24

25

26

27

28  NO. C-07-03950 JF
    STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/S/ Norman L. Rave, Jr. (with permission)
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

/S/ Norman L. Rave, Jr. (with permission)
LAURENCE A. WEISS
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
(650) 324-7000
(650) 324-0638

DAVID P. WEINBERG
Wiley Rein LLP
1776 K Street, NW
Washington, DC 21043
(202) 719-7102

*Attorneys for Intervenor-Defendant Dow AgroSciences LLC*

NO. C-07-03950 JF
STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

- 3 -

1    PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3

4
                                          _____
5                                         Honorable Jeremy Fogel
                                          United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   NO. C-07-03950 JF
     STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
                                    - 4 -