RONALD J. TENPAS

Assistant Attorney General

NORMAN L. RAVE, JR.

Trial Attorney

U.S. Department of Justice

Environment and Natural Resources Division

P.O. Box 23986

Washington, D.C. 20026-3986

Tel: (202) 616-7568

Fax: (202) 514-8865

Attorneys for Defendants

*efiled 2/27/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., | ) ) ) | Case No. C 07-03950 JF |
| Plaintiffs, | ) ) ) | STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Local Rules 6-2 and 7-12, the parties stipulate that the case management conference (currently scheduled for February 29, 2008) be rescheduled for Friday, March 21, 2008, at 10:30 am. Counsel for defendant has a hearing in a different case scheduled at the time when the case management conference in the present case is currently scheduled. There has been one previous continuance of the case management

NO. C-07-03950 JF
STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

1   conference in this case. However, the parties have been acting in accordance with the

2   schedule in the proposed scheduling order submit jointly by plaintiffs and defendant, and

3   thus this proposed continuance is unlikely to have any effect on the case schedule

4

5          The parties also stipulate that the case management schedule be held by phone.

6   Counsel will contact Courtcall at (866) 582-6878 to set up their telephonic appearances.

7          Respectfully submitted this 22nd day of February, 2008.

8                                          RONALD J. TENPAS
                                           Assistant Attorney General
9

10                                          /S/ Norman L. Rave, Jr.
                                           NORMAN L. RAVE, JR.
11                                          Trial Attorney
                                           United States Department of Justice
12                                          Environment and Natural Resources
                                             Division
13                                          P.O. Box 23986
14                                          Washington, D.C. 20026-3986
                                           Tel: (202) 616-7568
15                                          Fax: (202) 514-8865

16                                          Counsel for Defendant

17

18

19

20

21

22

23

24

25

26

27

28   NO. C-07-03950 JF
     STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | /S/ Norman L. Rave, Jr. (with permission) |
| 2 | PATTI GOLDMAN (WSB #24426) |
| | JOSHUA OSBORNE-KLEIN (WSB |
| 3 | #36736) |
| | KRISTEN L. BOYLES (CSB #158450) |
| 4 | Earthjustice |
| 5 | 705 Second Avenue, Suite 203 |
| | Seattle, WA  98104 |
| 6 | (206) 343-7340 |
| 7 | (206) 343-1526 *[FAX]* |
| | pgoldman@earthjustice.org |
| 8 | josborne-klein@earthjustice.org |
| | kboyles@earthjustice.org |
| 9 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/S/ Norman L. Rave, Jr. (with permission)
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

/S/ Norman L. Rave, Jr. (with permission)
LAURENCE A. WEISS
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
(650) 324-7000
(650) 324-0638

DAVID P. WEINBERG
Wiley Rein LLP
1776 K Street, NW
Washington, DC 21043
(202) 719-7102

*Attorneys for Intervenor-Defendant Dow AgroSciences LLC*

NO. C-07-03950 JF
STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

1      PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3

4      Dated: 2/25/08

5                                           _____
                                            Honorable Jeremy Fogel
6                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28