1 | Laurence A. Weiss (Bar No. 164638)
    Laurence.Weiss@hellerehrman.com
2 | HELLER EHRMAN LLP
    275 Middlefield Road
3 | Menlo Park, CA  94025-3506
    Telephone:     650.324.7000
4 | Facsimile:      650.324.0638

5 | David B. Weinberg (D.C. Bar # 186247), Admitted *Pro Hac Vice*
    dweinberg@wileyrein.com
6 | Eric Andreas (D.C. Bar # 462777)
    eandreas@wileyrein.com
7 | David E. Markert (D.C. Bar # 502486)
    dmarkert@wileyrein.com
8 | WILEY REIN LLP
    1776 K Street NW
9 | Washington, DC  20006
    Telephone:     202.719.7000
10 | Facsimile:     202.719.7049

11 | Attorneys for Intervenor-Defendant
     Dow AgroSciences LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> DOW AGROSCIENCES LLP <br><br> Intervenor. | Case No. C 07-03950 JF <br><br> **[PROPOSED] ORDER GRANTING MOTION BY INTERVENOR-DEFENDANT DOW AGROSCIENCES LLC TO DISMISS** |

[PROPOSED] ORDER
C 07-03950 JF    - 1 -

1    On March 13, 2008, Intervenor-Defendant Dow AgroSciences LLC ("DAS") moved the Court to dismiss the Plaintiffs' Complaint for lack of subject matter jurisdiction under Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure. Having considered the Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all pleadings and papers filed herein, oral argument of counsel, and good cause appearing therefore, the motion by DAS to dismiss is hereby GRANTED.

SO ORDERED.

Dated: _____    _____
　　　　　　　　　　　　　　　　　Hon. Jeremy Fogel
　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER
C 07-03950 JF    - 2 -