PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*          HON. JEREMY FOGEL
JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers;*
*Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
*Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
*Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
*Teamsters Local 890 and Pesticide Action Network North America*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org
*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

SUPPLEMENT TO JOINT CASE
MANAGEMENT STATEMENT (C07-3950 JF)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ, <br><br>  Plaintiffs, <br><br>v. <br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br>  Defendant, <br><br>  and <br><br>DOW AGROSCIENCES LLC, <br><br>  Intervenor-Defendant. | Civ. No. C07-3950 JF <br><br> SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT |

1. Summary Judgment Schedule

On November 7, 2007, plaintiffs United Farm Workers et al. ("UFW") and defendant Administrator, U.S. Environmental Protection Agency ("EPA") submitted a Joint Case Management Statement in accordance with this Court's standing orders. As part of that Joint Case Management Statement, plaintiffs and defendant proposed a schedule for filing the certified index to the administrative record and briefing summary judgment motions. Since that time, counsel for plaintiffs and defendant have been engaged in a good faith effort to resolve this litigation through settlement, and discussions are moving forward. To date, intervenor Dow

SUPPLEMENT TO JOINT CASE
MANAGEMENT STATEMENT (C07-3950 JF)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

AgroSciences LLC ("DAS") has not participated in the settlement discussions. DAS has asked plaintiffs and defendant to include intervenor in those discussions. EPA and plaintiffs oppose DAS' participation in settlement discussions at this time.

In order to allow the settlement discussions to proceed in the most efficient manner, plaintiffs and defendant revise the proposed schedule submitted to the Court as follows:

| | |
|---|---|
| May 15, 2008 | EPA will file with the Court and serve on plaintiffs a certified index to the administrative records and an agreed-upon extract of the records. |
| June 30, 2008 | Plaintiffs' Motion for Summary Judgment due. |
| August 29, 2008 | Defendant's and Intervenor's Oppositions and Cross-Motions due. |
| September 26, 2008 | Plaintiffs' Reply and Opposition due. |

Defendant continues to reserve its right to move for leave to file a reply on its cross-motion if necessary to respond to new issues raised in plaintiffs' opposition, if any.

DAS agrees with the above revisions to the proposed briefing schedule provided the issue of this Court's jurisdiction under FIFRA is argued prior to the date plaintiffs' motion for summary judgment is due. DAS asserts that it should be permitted to file a reply on its cross-motion as of right thirty days after plaintiffs' reply is due. In the event the Court disagrees with this position, DAS also reserves its right to move for leave to file a reply on its cross-motion if necessary to respond to new issues raised in plaintiffs' opposition, if any.

2.     Intervenor's Motion to Dismiss

This Court granted DAS' motion to intervene on Feb. 1, 2008, after the initial joint case management statement was submitted. On March 13, 2008, DAS filed a motion to dismiss and set that motion for hearing on May 9, 2008. DAS' motion to dismiss challenges this Court's jurisdiction under FIFRA and plaintiffs' standing.

SUPPLEMENT TO JOINT CASE
MANAGEMENT STATEMENT (C07-3950 JF)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Plaintiffs and intervenor have conferred on the scheduling of DAS' motion to dismiss and agree that briefing on the issues raised in the motion may proceed on different schedules. Specifically, plaintiffs and DAS have agreed to stay addressing the issue of plaintiffs' standing until DAS' cross-motion for summary judgment is filed. This will allow time for the administrative record to be filed and for plaintiffs to prepare and submit further declarations in support of their standing. Plaintiffs and DAS also have agreed that the threshold issue of this Court's jurisdiction under FIFRA can be resolved according to the current schedule for DAS' motion to dismiss, with plaintiffs' opposition due April 18, 2008; intervenor's reply due April 25, 2008; and the hearing held on May 9. Plaintiffs and intervenor believe that their proposal of different briefing schedules for the issues raised in DAS' motion to dismiss will best serve the interests of efficiency and judicial economy.

EPA takes no position on the scheduling of intervenor's motion to dismiss.

Respectfully submitted this 19th day of March, 2008.

        /s/ Kristen L. Boyles
PATTI GOLDMAN (WSB #24426)
KRISTEN L. BOYLES (CSB #158450)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

SUPPLEMENT TO JOINT CASE
MANAGEMENT STATEMENT (C07-3950 JF)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

|   |   |
|---|---|
| 1 | SHELLEY DAVIS (CSB #84539) |
| 2 | VIRGINIA RUIZ (CSB #194986) |
|   | Farmworker Justice |
| 3 | 1126 – 16th Street, N.W., Suite 270 |
|   | Washington, D.C.  20036 |
| 4 | (202) 293-5420 |
|   | (202) 293-5427 *[FAX]* |
| 5 | sdavis@nclr.org |
|   | vruiz@nclr.org |

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C.  20005
(202) 289-6868
(202) 289-1060 *[FAX]*
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

SUPPLEMENT TO JOINT CASE
MANAGEMENT STATEMENT (C07-3950 JF)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

/s/ Kristen L. Boyles (per email authorization for)
NORMAN L. RAVE, JR.
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 616-7568
(202) 514-8865 [FAX]
norman.rave@usdoj.gov

*Attorneys for Defendant Environmental Protection Agency*


/s/ Kristen L. Boyles (per email authorization for David E. Markert)
DAVID B. WEINBERG (D.C. Bar #186247)
ERIC ANDREAS (D.C. Bar #462777)
DAVID E. MARKERT (D.C. Bar #502486)
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006
(202) 719-7000
(202) 719-7049 [FAX]

LAURENCE A. WEISS
Heller Ehrman LLP
175 Middlefield Road
Menlo Park, CA  94025-3506
(650) 324-7000
(650) 324-0638 [FAX]

*Attorneys for Intervenor-Defendant Dow Agro Sciences LLC*

SUPPLEMENT TO JOINT CASE
MANAGEMENT STATEMENT (C07-3950 JF)   -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On March 19, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Supplement to Joint Case Management Statement.

| | |
|---|---|
| Norman L. Rave, Jr.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>(202) 616-7568<br>(20) 514-8865 *[FAX]*<br>norman.rave@usdoj.gov<br>*Attorney for Defendant* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| David B Weinberg<br>Eric Andreas<br>David E. Markert<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>(202) 719-7000<br>(202) 719-7049 *[FAX]*<br>dweinberg@wileyrein.com<br>eandreas@wileyrein.com<br>dmarkert@wileyrein.com<br>*Attorneys for Defendant-Intervenor<br>Dow AgroSciences LLC* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE (C07-3950 JF) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1  Laurence A. Weiss
   Heller Ehrman LLP
2  275 Middlefield Road
   Menlo Park, CA  94025-3506
3  (650) 324-7000
   (650) 324-0638 *[FAX]*
4  Laurence.Weiss@hellerehrman.com
5  *Attorneys for Defendant-Intervenor*
   *Dow AgroSciences LLC*
6

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

8      I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

9  Executed on this 19th day of March, 2008, at Seattle, Washington.

*Cheryl McEvoy* (signature)

Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 JF)  - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*