UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:**  Further Case Management Conference, March 21, 2008
**Case Number:** CV-07-3950-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:    UNITED FARM WORKERS, ET AL  V. U.S. ENVIRONMENTAL PROTECTION AGENCY**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **Attorneys Present: Kristen Boyles** | **Attorneys Present: Norman Rave** |
| | David Weinberg for Intervenor |

---

PROCEEDINGS:
        Further case management conference held.  Parties are present.  The Court adopts
    the proposed case schedule.