```
 1  RONALD J. TENPAS
    Assistant Attorney General
 2  NORMAN L. RAVE, JR.
 3  Trial Attorney
    U.S. Department of Justice
 4  Environment and Natural Resources Division
 5  P.O. Box 23986
    Washington, D.C. 20026-3986
 6  Tel: (202) 616-7568
 7  Fax: (202) 514-8865
 8  Attorneys for Defendants
 9
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., | Case No. C 07-03950 JF |
| Plaintiffs, | CONSENT MOTION FOR DEFENDANT TO APPEAR BY TELEPHONE AT HEARING ON INTERVENOR'S MOTION TO DISMISS |
| v. | |
| ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

Defendant Administrator, United States Environmental Protection Agency, ("EPA") hereby moves for leave to appear by telephone at the hearing on the motion of Intervenor Dow AgroSciences, LLC to dismiss

NO. C-07-03950 JF
CONSENT MOTION FOR DEFENDANT TO APPEAR BY TELEPHONE AT HEARING ON INTERVENOR'S MOTION TO DISMISS

plaintiffs' claims, which is scheduled for May 9, 2008 at 9:00 AM. Counsel for all parties have represented that they do not oppose this motion.

In this matter EPA is represented by counsel from the Department of Justice in Washington, D.C. EPA has taken no position on the motion to dismiss and does not intend to offer argument at the hearing. EPA believes that any participation required of it at the hearing can be adequately addressed through telephonic participation without incurring the costs of travel.

If this motion is granted, Norman L. Rave, Jr., counsel for EPA, will make arrangements with the Court's teleconference provider to be available from 9:00 AM to the conclusion of the hearing.

Respectfully submitted,

April 23, 2008

RONALD J. TENPAS
Assistant Attorney General

   /S/ Norman L. Rave, Jr.
NORMAN L. RAVE, JR.
Trial Attorney
United States Department of Justice
Environment and Natural Resources
  Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865

Counsel for Defendant

NO. C-07-03950 JF
CONSENT MOTION FOR DEFENDANT TO APPEAR BY TELEPHONE AT HEARING ON INTERVENOR'S MOTION TO DISMISS