IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., | Case No. C 07-03950 JF |
| Plaintiffs, | PROPOSED ORDER |
| v. | |
| ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

Upon consideration of the Consent Motion for Defendant to Appear by Telephone at Hearing on Intervenor's Motion to Dismiss, it is ORDERED that the motion is GRANTED.

Counsel for Defendant will contact Courtcall at (866) 582-6878 to set up the telephonic appearance.

IT IS SO ORDERED.

_____
Jeremy Fogel
United States District Judge

NO. C-07-03950 JF
PROPOSED ORDER