1
2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    UNITED FARM WORKERS,  )    Case No. C 07-03950 JF
     AFL-CIO, et al.,          )
5                              )
6                 Plaintiffs,  )    ~~PROPOSED~~ ORDER
                               )
7        v.                    )
8                              )
                               )
9    ADMINISTRATOR,            )
10   UNITED STATES             )
     ENVIRONMENTAL             )
11   PROTECTION AGENCY,        )
12                Defendant.   )
13   _____ )

14        Upon consideration of the Consent Motion for Defendant to Appear by

15   Telephone at Hearing on Intervenor's Motion to Dismiss, it is ORDERED
16
17   that the motion is GRANTED.

18        Counsel for Defendant will contact Courtcall at (866) 582-6878 to set
19
20   up the telephonic appearance.

21        IT IS SO ORDERED.

22

23   Dated: 4/28/08

24                              _____
                                Jeremy Fogel
25                              United States District Judge

26

27

28

NO. C-07-03950 JF
PROPOSED ORDER