UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 9, 2008
**Case Number:** CV-07-3950-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    UNITED FARM WORKERS, ET AL  V. U.S. ENVIRONMENTAL PROTECTION AGENCY

PLAINTIFF                                                    DEFENDANT

Attorneys Present: Kristen Boyles            Attorneys Present: Norman Rave for EPA
                                             David Weinberg for Intervenor DOW

---

PROCEEDINGS:
   Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.