```
RONALD J. TENPAS                                    **E-filed 5/19/08**
Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No. C 07-03950 JF <br><br> STIPULATED MOTION TO REVISE JOINT CASE MANAGEMENT STATEMENT |

Pursuant to Local Rule 7-12, the parties stipulate to the following revisions to the deadlines governing submission of the Index to the Administrative Record and dispositive motions in section I of the Supplement to the Joint Case Management Statement that was filed on March on March 19, 2008, and approved by the Court at the case management conference held Friday, March 21, 2008. The deadlines in the Supplement to the Joint

NO. C-07-03950 JF
STIPULATED MOTION TO REVISE JOINT CASE MANAGEMENT STATEMENT

Case Management Statement were the first deadlines for submission of the record index and dispositive motions entered by the Court and there have been no previous extensions of those deadlines.

As described in the Supplement to the Joint Case Management Statement, plaintiffs and defendant have been discussing a settlement of this case. Plaintiffs and defendant continue to be hopeful that a settlement can be reached. Intervenors have not been party to those discussions, and join this stipulation without prejudice to their pending Motion to Dismiss.

While plaintiffs and defendant have had discussions concerning the administrative record, and defendant has produced a draft index to plaintiffs, the effort of plaintiffs and defendant has been on settlement and they have not yet agreed upon the excerpts of record to be submitted to the Court. Accordingly, to allow plaintiffs and defendants to continue to focus their efforts on settlement, an extension of the deadlines in the Supplement to the Joint Case Management Statement is appropriate. Furthermore, the Court indicated at the May 9 hearing on intervenor's motion to dismiss that it intends to grant plaintiffs' motion regarding the administrative record, which is likely to require supplementation of the record and a further extension of the deadlines for submission of the administrative record and for dispositive motions. Thus, this extension is not likely to delay ultimate resolution of this case.

Accordingly, the parties stipulate to the following revised deadlines:

| | |
|---|---|
| July 14, 2008 | EPA will file with the Court and serve on the other parties a certified index to the administrative records and the agreed-upon excerpts of the records. |

| | | |
|---|---|---|
| 1 | September 15, 2008 | Plaintiffs' Motion for Summary Judgment due |
| 2 | November 14, 2008 | Defendant's and Intervenor's Oppositions and |
| 3 | | Cross-Motions due |
| 4 | December 12, 2008 | Plaintiffs' Reply and Opposition due. |

Respectfully submitted this 15th day of May, 2008.

        RONALD J. TENPAS
        Assistant Attorney General

        /S/ Norman L. Rave, Jr.
        NORMAN L. RAVE, JR.
        Trial Attorney
        United States Department of Justice
        Environment and Natural Resources
          Division
        P.O. Box 23986
        Washington, D.C. 20026-3986
        Tel: (202) 616-7568
        Fax: (202) 514-8865

        Counsel for Defendant

<u>/S/ Norman L. Rave, Jr. (with permission)</u>
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

<u>/S/ Norman L. Rave, Jr. (with permission)</u>
LAURENCE A. WEISS
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
(650) 324-7000
(650) 324-0638

DAVID P. WEINBERG
Wiley Rein LLP
1776 K Street, NW
Washington, DC 21043
(202) 719-7102

*Attorneys for Intervenor-Defendant Dow AgroSciences LLC*

NO. C-07-03950 JF
STIPULATED MOTION TO REVISE JOINT CASE MANAGEMENT STATEMENT
- 4 -

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

4  5/16/08



Honorable Jeremy Fogel
United States District Judge

NO. C-07-03950 JF
STIPULATED MOTION TO REVISE JOINT CASE MANAGEMENT STATEMENT
- 5 -