1 | Laurence A. Weiss (Bar No. 164638)
Laurence.Weiss@hellerehrman.com
2 | HELLER EHRMAN LLP
275 Middlefield Road
3 | Menlo Park, CA 94025-3506
Telephone: 650.324.7000
4 | Facsimile: 650.324.0638

5 | David B. Weinberg (D.C. Bar # 186247), Admitted *Pro Hac Vice*
dweinberg@wileyrein.com
6 | Eric Andreas (D.C. Bar # 462777)
eandreas@wileyrein.com
7 | David E. Markert (D.C. Bar #502486)
dmarkert@wileyrein.com
8 | WILEY REIN LLP
1776 K Street NW
9 | Washington, DC 20006
Telephone: 202.719.7000
10 | Facsimile: 202.719.7049

11 | Attorneys for Intervenor-Defendant
Dow AgroSciences LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED FARM WORKERS OF AMERICA, AFL-CIO, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>            Defendant,<br><br>DOW AGROSCIENCES LLC<br><br>            Intervenor. | Case No. C 07-03950 JF<br><br>**DEFENDANT-INTERVENOR DOW AGROSCIENCES LLC'S MOTION PURSUANT TO LOCAL RULE 7-3(D) FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>The Honorable Jeremy Fogel |

In accordance with Local Rule 7-3(d), Defendant-Intervenor Dow AgroSciences LLC ("DAS"), moves for the entry of an Order granting DAS leave to file the attached Statement of Recent Decision.

The case that DAS seeks to bring to this Court's attention is the May 19, 2008 decision in *United Farm Workers of America, AFL-CIO v. Administrator, U.S. EPA*, No. CV04-0099-RSM (W.D. Wash.). This decision concerns the same judicial review provisions that are at issue here and strongly supports DAS' pending Motion to Dismiss (Doc. #50). The decision was issued after the May 9, 2008 hearing on DAS' pending Motion to Dismiss, and thus could not have previously been brought to the Court's attention.

For these reasons DAS respectfully requests that this Motion be granted.

Respectfully Submitted,

DATED: May 22, 2008

HELLER EHRMAN LLP

David B. Weinberg (D.C. Bar # 186247)
   dweinberg@wileyrein.com
Eric Andreas (D.C. Bar # 462777)
   eandreas@wileyrein.com
David E. Markert (D.C. Bar #502486)
   dmarkert@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Telephone:   202.719.7000
Facsimile:   202.719.7049

By:   /s/ Laurence A. Weiss
   Laurence A. Weiss
   Laurence.Weiss@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:   650.324.7000
Facsimile:    650.324.0638

Attorneys for Intervenor-Defendant Dow AgroSciences LLC

- 1 -

DEFENDANT-INTERVENOR'S MOTION PURSUANT TO LOCAL RULE 7-3(D) FOR LEAVE TO FILE STATEMENT OF RECENT DECISION     C 07-03950 JF

| | |
|---|---|
| 1 | Laurence A. Weiss (Bar No. 164638) |
| |     Laurence.Weiss@hellerehrman.com |
| 2 | HELLER EHRMAN LLP |
| | 275 Middlefield Road |
| 3 | Menlo Park, CA  94025-3506 |
| | Telephone:     650.324.7000 |
| 4 | Facsimile:      650.324.0638 |
| 5 | David B. Weinberg (D.C. Bar # 186247), Admitted *Pro Hac Vice* |
| |     dweinberg@wileyrein.com |
| 6 | Eric Andreas (D.C. Bar # 462777) |
| |     eandreas@wileyrein.com |
| 7 | David E. Markert (D.C. Bar #502486) |
| |     dmarkert@wileyrein.com |
| 8 | WILEY REIN LLP |
| | 1776 K Street NW |
| 9 | Washington, DC  20006 |
| | Telephone:     202.719.7000 |
| 10 | Facsimile:      202.719.7049 |
| 11 | Attorneys for Intervenor-Defendant |
| | Dow AgroSciences LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED FARM WORKERS OF AMERICA, AFL-CIO, et al., | Case No. C 07-03950 JF |
| Plaintiffs, | **DEFENDANT-INTERVENOR DOW AGROSCIENCES LLC'S STATEMENT OF RECENT DECISION** |
| v. | |
| ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant, | |
| DOW AGROSCIENCES LLC | The Honorable Jeremy Fogel |
| Intervenor. | |

1    Defendant-Intervenor Dow AgroSciences LLC ("DAS") hereby notifies this Court of the recent decision in *United Farm Workers of America, AFL-CIO v. Administrator, U.S. EPA*, No. CV04-0099-RSM (W.D. Wash.). This decision was issued on May 19, 2008, which was after the May 9, 2008 hearing on DAS' pending Motion to Dismiss (Doc. #50).

In *United Farm Workers*, which involved nearly identical parties and the same jurisdictional issue, Judge Martinez of the Western District of Washington held that FIFRA Section 16(b) mandated review of EPA's pesticide reregistration decision for Azinphos Methyl in the Court of Appeals because there existed an adequate record for review. Slip Op. at 6-8. Plaintiffs recognized the similarity between these cases in their Opposition to DAS' Motion to Dismiss. Pls.' Opp'n at 2 n.2 (Doc. #54).

For the reasons set forth above, DAS submits *United Farm Workers of America, AFL-CIO v. Administrator, U.S. EPA*, No. CV04-0099-RSM (W.D. Wash.), for the Court's consideration in connection with its pending Motion to Dismiss. A true and correct copy of that decision is attached hereto as Exhibit 1.

Respectfully Submitted,

DATED:   May 22, 2008                HELLER EHRMAN LLP

David B. Weinberg (D.C. Bar # 186247)        By:    /s/ Laurence A. Weiss
   dweinberg@wileyrein.com                       Laurence A. Weiss
Eric Andreas (D.C. Bar # 462777)                    Laurence.Weiss@hellerehrman.com
   eandreas@wileyrein.com                       HELLER EHRMAN LLP
David E. Markert (D.C. Bar #502486)           275 Middlefield Road
   dmarkert@wileyrein.com                       Menlo Park, CA  94025-3506
WILEY REIN LLP                                Telephone:   650.324.7000
1776 K Street NW                              Facsimile:    650.324.0638
Washington, DC  20006
Telephone:   202.719.7000
Facsimile:    202.719.7049

Attorneys for Intervenor-Defendant Dow AgroSciences LLC

- 1 -

DEFENDANT-INTERVENOR'S STATEMENT OF RECENT DECISION                C 07-03950 JF