# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED FARM WORKERS OF AMERICA, AFL-CIO, et al., <br><br> Plaintiffs, <br> v. <br><br> ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> DOW AGROSCIENCES LLC <br><br> Intervenor. | Case No. C 07-03950 JF <br><br> **[PROPOSED] ORDER** |

THIS MATTER having come before the Court upon the Motion of Defendant-Intervenor Dow AgroSciences LLC ("DAS") for leave to file a Statement of Recent Decision ("Motion"), and it appearing that good cause exists for this order, now, therefore

IT IS HEREBY ORDERED that the Motion is GRANTED and the clerk is directed to file the Statement of Recent Decision that is attached to Defendant-Intervenor DAS' Motion.

DATED this _____ day of _____, 2008.

_____
United States District Judge Jeremy Fogel

[Proposed] Order Granting Intervenor Dow AgroSciences LLC's  
Motion For Leave to File Statement of Recent Decision                C07-03950 JF