1  PATTI GOLDMAN (WSB #24426), Admitted *Pro Hac Vice*       HON. JEREMY FOGEL
   JOSHUA OSBORNE-KLEIN (WSB #36736), Admitted *Pro Hac Vice*
2  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
3  705 Second Avenue, Suite 203
   Seattle, WA  98104
4  (206) 343-7340
   (206) 343-1526 *[FAX]*
5  pgoldman@earthjustice.org
   josborne-klein@earthjustice.org
6  kboyles@earthjustice.org

7  SHELLEY DAVIS (CSB #84539)
   VIRGINIA RUIZ (CSB #194986)
8  Farmworker Justice
   1126 – 16th Street, N.W., Suite 270
9  Washington, D.C.  20036
   (202) 293-5420
10 (202) 293-5427 *[FAX]*
   sdavis@nclr.org
11 vruiz@nclr.org

12 AARON COLANGELO (DCB #468448), Admitted *Pro Hac Vice*
   Natural Resources Defense Council
13 1200 New York Avenue, N.W.
   Washington, D.C.  20005
14 (202) 289-6868
   (202) 289-1060 *[FAX]*
15 acolangelo@nrdc.org

16 *Attorneys for Plaintiffs United Farm Workers;*
   *Sea Mar Community Health Center; Pineros Y Campesinos Unidos*
17 *Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones*
   *Binacionales; Farm Labor Organizing Committee, AFL-CIO;*
18 *Teamsters Local 890 and Pesticide Action Network North America*

19 MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
20 California Rural Legal Assistance, Inc.
   3 Williams Road
21 Salinas, CA  93905
   (831) 757-5221
22 (831) 757-6212
   mmeuter@crla.org
23 jgettleman@crla.org
   *Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*
24

25  UFW'S RESPONSE TO DOW'S MOTION FOR LEAVE TO         *Earthjustice*
    FILE STATEMENT OF RECENT DECISION(C07-3950 JF)  -   *705 Second Ave., Suite 203*
26                                                      *Seattle, WA  98104*
                                                        *(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS; SEA MAR COMMUNITY HEALTH CENTER; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; BEYOND PESTICIDES; FRENTE INDIGENA de ORGANIZACIONES BINACIONALES; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; TEAMSTERS LOCAL 890; PESTICIDE ACTION NETWORK NORTH AMERICA; MARTHA RODRIGUEZ; and SILVINA CANEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant,<br><br>    and<br><br>DOW AGROSCIENCES LLC,<br><br>    Intervenor-Defendant. | Civ. No. C07-3950 JF<br><br>UFW'S RESPONSE TO DOW'S MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION |

UFW'S RESPONSE TO DOW'S MOTION FOR LEAVE TO
FILE STATEMENT OF RECENT DECISION(C07-3950 JF)   -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Plaintiffs United Farm Workers et al. do not oppose Dow's motion for leave to file a Statement of Recent Decision regarding UFW v. EPA, No C04-099RSM (W.D. Wash. May 19, 2008) (hereinafter "AZM") and briefly highlight two issues.

1. The AZM court rejected Dow's argument that section 4(m) of FIFRA, 7 U.S.C. § 136a-1(m), deprived the district court of subject matter jurisdiction. AZM Case, slip op. at 3; UFW Dismiss Opp. at 3-7.

2. Plaintiffs respectfully disagree with the AZM court's conclusion that the public hearing language of FIFRA § 16(b), 7 U.S.C. § 136n(b), deprived the court of jurisdiction over plaintiffs' re-registration challenge. Not only does this conclusion disregard the jurisdictional pattern identified in EDF v. Costle, 631 F.2d 922 (D.C. Cir. 1980) (UFW Dismiss Opp. at 8-10), but, as even the AZM court recognized, the Ninth Circuit in Northwest Food Processors Association v. Reilly, 886 F.2d 1075, 1078 (9th Cir. 1989), found the public hearing requirement of section 16(b) was satisfied only because "the Administrator considered the ALJ's decision along side 'various parties' written exceptions to the decision, objections to the settlement, and responses in support of the decision and settlement.'" AZM, slip op. at 7. None of the procedures that constituted a "public hearing" in Northwest Food Processors (and all of the other cases that Dow cited in its moving papers) are present in this case. UFW Dismiss Opp. at 11-12.

UFW'S RESPONSE TO DOW'S MOTION FOR LEAVE TO
FILE STATEMENT OF RECENT DECISION(C07-3950 JF)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Respectfully submitted this 22nd day of May, 2008.

      /s/ Joshua Osborne-Klein
PATTI GOLDMAN (WSB #24426)
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 [FAX]
pgoldman@earthjustice.org
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539))
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 [FAX]
sdavis@nclr.org
vruiz@nclr.org

AARON COLANGELO (DCB #468448)
Natural Resources Defense Council
1200 New York Avenue, N.W.
Washington, D.C.  20005
(202) 289-6868
(202) 289-1060 [FAX]
acolangelo@nrdc.org

*Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.*

UFW'S RESPONSE TO DOW'S MOTION FOR LEAVE TO
FILE STATEMENT OF RECENT DECISION(C07-3950 JF)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1   MICHAEL MEUTER (CSB #161554)
    JONATHAN GETTLEMAN (CSB #243560)
2   California Rural Legal Assistance, Inc.
    3 Williams Road
3   Salinas, CA  93905
    (831) 757-5221
4   (831) 757-6212
    mmeuter@crla.org
5   jgettleman@crla.org

6   *Attorney for Plaintiffs Martha Rodriguez and Silvina Canez*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  UFW'S RESPONSE TO DOW'S MOTION FOR LEAVE TO
    FILE STATEMENT OF RECENT DECISION(C07-3950 JF)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On May 22, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Plaintiffs' Response to Defendant-Intervenors' Motion for Leave to File Statement of Recent Decision.

Norman L. Rave, Jr.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 616-7568
(20) 514-8865 *[FAX]*
norman.rave@usdoj.gov
*Attorney for Defendant*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

David B Weinberg
Eric Andreas
David E. Markert
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000
(202) 719-7049 *[FAX]*
dweinberg@wileyrein.com
eandreas@wileyrein.com
dmarkert@wileyrein.com
*Attorneys for Defendant-Intervenor*
*Dow AgroSciences LLC*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE (C07-3950 JF) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| 1  Laurence A. Weiss | ☐ via facsimile |
|     Heller Ehrman LLP | ☐ via overnight courier |
| 2  275 Middlefield Road | ☐ via certified mail |
|     Menlo Park, CA 94025-3506 | ☐ via first-class U.S. mail |
| 3  (650) 324-7000 | ☐ via hand delivery |
| 4  (650) 324-0638 *[FAX]* | ☒ via electronic service by Clerk |

Laurence A. Weiss
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
(650) 324-7000
(650) 324-0638 *[FAX]*
Laurence.Weiss@hellerehrman.com
*Attorneys for Defendant-Intervenor*
*Dow AgroSciences LLC*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

    I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of May, 2008, at Seattle, Washington.

*[signature]*
Cheryl McEvoy

CERTIFICATE OF SERVICE (C07-3950 JF)  - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*