RONALD J. TENPAS
Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
Attorneys for Defendants

**E-filed 7/10/08**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, )   Case No. C 07-03950 JF
AFL-CIO, et al., )
 )
              Plaintiffs, )   STIPULATED MOTION
 )   TO STAY DEADLINES
    v. )   PENDING RESOLUTION OF
 )   PENDING MOTIONS
 )
ADMINISTRATOR, )
UNITED STATES )
ENVIRONMENTAL )
PROTECTION AGENCY, )
              Defendant. )
_____ )

Pursuant to Local Rule 7-12, the parties stipulate to stay the deadlines for

submission of the administrative record and dispositive motions pending resolution of

Plaintifffs' pending Motion to Compel Filing of a Complete Administrative Record and

Intervenor's pending Motion to Dismiss.  The parties further stipulate to submit to the

Court a revised schedule for submission of the administrative record and dispositive

motions within two weeks of the Court's decisions on the pending motions if the case is not dismissed.

The deadlines in this case were originally established in a Joint Case Management Statement that was filed on March on March 19, 2008, and approved by the Court at the case management conference held Friday, March 21, 2008. The deadlines were subsequently modified pursuant to a stipulation that was filed on May 15, 2008 and approved by the Court on May 16, 2008. Plaintiffs have filed a Motion Compel Filing of a Complete Administrative Record, which the Court took under submission after a hearing on February 1, 2008. Intervenors have moved to dismiss the case for lack of subject matter jurisdiction and the Court took the motion under submission after a hearing on May 9, 2008.

Under the current schedule, the administrative record is due to be produced on July 14, 2008. The parties agree that it is appropriate to stay that deadline and the subsequent deadlines for submission of dispositive motions until the Court rules on the pending motions and to submit a revised proposed schedule within two weeks of the Court's decisions if the case is not dismissed.

Respectfully submitted this 7th day of July, 2008.

RONALD J. TENPAS
Assistant Attorney General

NO. C-07-03950 JF
STIPULATED MOTION TO STAY DEADLINES PENDING RESOLUTION OF PENDING MOTIONS
- 2 -

| | |
|---|---|
| 1 | /S/ Norman L. Rave, Jr. |
| | NORMAN L. RAVE, JR. |
| 2 | Trial Attorney |
| | United States Department of Justice |
| 3 | Environment and Natural Resources |
| |   Division |
| 4 | P.O. Box 23986 |
| 5 | Washington, D.C. 20026-3986 |
| | Tel: (202) 616-7568 |
| 6 | Fax: (202) 514-8865 |
| 7 | |
| | Counsel for Defendant |
| 8 | |
| 9 | /S/ Norman L. Rave, Jr. (with permission) |
| | PATTI GOLDMAN (WSB #24426) |
| 10 | JOSHUA OSBORNE-KLEIN (WSB |
| | #36736) |
| 11 | KRISTEN L. BOYLES (CSB #158450) |
| 12 | Earthjustice |
| | 705 Second Avenue, Suite 203 |
| 13 | Seattle, WA 98104 |
| | (206) 343-7340 |
| 14 | (206) 343-1526 *[FAX]* |
| 15 | pgoldman@earthjustice.org |
| | josborne-klein@earthjustice.org |
| 16 | kboyles@earthjustice.org |
| 17 | |
| | *Attorneys for Plaintiffs United Farm* |
| 18 | *Workers; Sea Mar Community Health* |
| | *Center; Pineros Y Campesinos Unidos Del* |
| 19 | *Noroeste; Beyond Pesticides; Frente* |
| | *Indigena de Organizaciones Binacionales;* |
| 20 | *Farm Labor Organizing Committee, AFL-* |
| | *CIO;Teamsters Local 890; and Pesticide* |
| 21 | *Action Network North America.* |
| 22 | |
| | /S/ Norman L. Rave, Jr. (with permission) |
| 23 | LAURENCE A. WEISS |
| | Heller Ehrman LLP |
| 24 | 275 Middlefield Road |
| 25 | Menlo Park, CA 94025-3506 |
| | (650) 324-7000 |
| 26 | (650) 324-0638 |
| 27 | |
| 28 | |

NO. C-07-03950 JF
STIPULATED MOTION TO STAY DEADLINES PENDING RESOLUTION OF PENDING MOTIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID P. WEINBERG
Wiley Rein LLP
1776 K Street, NW
Washington, DC 21043
(202) 719-7102

*Attorneys for Intervenor-Defendant*
*Dow AgroSciences LLC*

1

2      PURSUANT TO STIPULATION, IT IS SO ORDERED

3

4

5          7/10/08

6                                        _____
                                         Honorable Jeremy Fogel
7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO. C-07-03950 JF
STIPULATED MOTION TO STAY DEADLINES PENDING RESOLUTION OF PENDING MOTIONS
- 5 -