RONALD J. TENPAS
Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br> Defendant. | Case No. C 07-03950 JF <br><br> STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING |

Pursuant to a stipulated order signed on July 10, 2008 (Docket No. 64), the Court stayed the deadlines for production of the administrative record and summary judgment briefing in this case pending resolution of plaintiffs' motion to compel EPA to produce a complete administrative record and intervenor's motion to dismiss.  On August 26, 2008,

NO. C-07-03950 JF
STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING

1 the Court granted plaintiffs' motion to compel (Docket No. 67) and denied intervenor's

2 motion to dismiss (Docket No. 66).

3       Pursuant to Local Rule 7-12, the parties now stipulate that, by November 7, 2008,

4 EPA will produce a certified index of the complete administrative record for this case, a

5

6 privilege log for those records EPA believes can be withheld from disclosure, and

7 excerpts of the record agreed upon by the parties. The parties further stipulate that

8 summary judgment briefing in this case be stayed until the Ninth Circuit issues a decision

9 in a pending expedited case, United Farm Workers v. Administrator, EPA, No. 08-35528

10 (9th Cir.), which involves similar jurisdictional issues to those raised by the intervenor in

11

12 the instant case. Because the Court's Order denying intervenor's motion to dismiss

13 provided that it could raise the issues again on summary judgment, the parties believe it is

14 appropriate to await the Ninth Circuit's decision before proceeding to summary judgment

15 in this case, except that nothing shall prevent any party from filing a motion for

16 reconsideration of the Court's Order pending resolution of the Ninth Circuit litigation.

17
The parties will submit a revised proposed schedule for summary judgment briefing
18
within two weeks of the Ninth Circuit's ruling in United Farm Workers.
19

20       Respectfully submitted this 9th day of September, 2008.

21                                RONALD J. TENPAS
                                  Assistant Attorney General
22

23

24

25

26

27

28 NO. C-07-03950 JF
STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT
BRIEFING

- 2 -

| | |
|---|---|
| 1 | /S/ Norman L. Rave, Jr. |
| | NORMAN L. RAVE, JR. |
| 2 | Trial Attorney |
| | United States Department of Justice |
| 3 | Environment and Natural Resources Division |
| 4 | P.O. Box 23986 |
| 5 | Washington, D.C. 20026-3986 |
| | Tel: (202) 616-7568 |
| 6 | Fax: (202) 514-8865 |
| 7 | |
| | *Counsel for Defendant* |
| 8 | |
| 9 | /S/ Norman L. Rave, Jr. (with permission) |
| | PATTI GOLDMAN (WSB #24426) |
| 10 | JOSHUA OSBORNE-KLEIN (WSB #36736) |
| 11 | KRISTEN L. BOYLES (CSB #158450) |
| 12 | Earthjustice |
| | 705 Second Avenue, Suite 203 |
| 13 | Seattle, WA  98104 |
| 14 | (206) 343-7340 |
| | (206) 343-1526 *[FAX]* |
| 15 | pgoldman@earthjustice.org |
| | josborne-klein@earthjustice.org |
| 16 | kboyles@earthjustice.org |
| 17 | |
| | *Attorneys for Plaintiffs United Farm Workers; Sea Mar Community Health Center; Pineros Y Campesinos Unidos Del Noroeste; Beyond Pesticides; Frente Indigena de Organizaciones Binacionales; Farm Labor Organizing Committee, AFL-CIO;Teamsters Local 890; and Pesticide Action Network North America.* |
| 22 | |
| 23 | /S/ Norman L. Rave, Jr. (with permission) |
| | LAURENCE A. WEISS |
| 24 | Heller Ehrman LLP |
| | 275 Middlefield Road |
| 25 | Menlo Park, CA  94025-3506 |
| | (650) 324-7000 |
| 26 | (650) 324-0638 |
| 27 | |
| 28 | NO. C-07-03950 JF |

STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING

|   |   |
|---|---|
| 1 |  |
| 2 | DAVID B. WEINBERG<br>Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DC 21043<br>(202) 719-7102 |
| 3 |  |
| 4 |  |
| 5 | *Attorneys for Intervenor-Defendant*<br>*Dow AgroSciences LLC* |
| 6 |  |

NO. C-07-03950 JF
STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING

- 4 -

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
Honorable Jeremy Fogel
United States District Judge

NO. C-07-03950 JF
STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING