RONALD J. TENPAS
Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, AFL-CIO, et al., | Case No. C 07-03950 JF |
| Plaintiffs, | STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING |
| v. | |
| ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

Pursuant to a stipulated order signed on July 10, 2008 (Docket No. 64), the Court stayed the deadlines for production of the administrative record and summary judgment briefing in this case pending resolution of plaintiffs' motion to compel EPA to produce a complete administrative record and intervenor's motion to dismiss. On August 26, 2008,

NO. C-07-03950 JF
STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING

1  the Court granted plaintiffs' motion to compel (Docket No. 67) and denied intervenor's
2  motion to dismiss (Docket No. 66).
3      Pursuant to Local Rule 7-12, the parties now stipulate that, by November 7, 2008,
4  EPA will produce a certified index of the complete administrative record for this case, a
5  privilege log for those records EPA believes can be withheld from disclosure, and
6  excerpts of the record agreed upon by the parties.  The parties further stipulate that
7  summary judgment briefing in this case be stayed until the Ninth Circuit issues a decision
8  in a pending expedited case, <u>United Farm Workers v. Administrator, EPA</u>, No. 08-35528
9  (9th Cir.), which involves similar jurisdictional issues to those raised by the intervenor in
10 the instant case.  Because the Court's Order denying intervenor's motion to dismiss
11 provided that it could raise the issues again on summary judgment, the parties believe it is
12 appropriate to await the Ninth Circuit's decision before proceeding to summary judgment
13 in this case, except that nothing shall prevent any party from filing a motion for
14 reconsideration of the Court's Order pending resolution of the Ninth Circuit litigation.
15 The parties will submit a revised proposed schedule for summary judgment briefing
16 within two weeks of the Ninth Circuit's ruling in <u>United Farm Workers</u>.
17     Respectfully submitted this 9th day of September, 2008.

                                         RONALD J. TENPAS
                                         Assistant Attorney General

28 NO. C-07-03950 JF
STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT
BRIEFING

| | |
|---|---|
| 1 | /S/ Norman L. Rave, Jr. |
| | NORMAN L. RAVE, JR. |
| 2 | Trial Attorney |
| | United States Department of Justice |
| 3 | Environment and Natural Resources Division |
| 4 | P.O. Box 23986 |
| 5 | Washington, D.C. 20026-3986 |
| | Tel: (202) 616-7568 |
| 6 | Fax: (202) 514-8865 |
| 7 | |
| | *Counsel for Defendant* |
| 8 | |
| 9 | /S/ Norman L. Rave, Jr. (with permission) |
| | PATTI GOLDMAN (WSB #24426) |
| 10 | JOSHUA OSBORNE-KLEIN (WSB #36736) |
| 11 | KRISTEN L. BOYLES (CSB #158450) |
| 12 | Earthjustice |
| | 705 Second Avenue, Suite 203 |
| 13 | Seattle, WA  98104 |
| 14 | (206) 343-7340 |
| | (206) 343-1526 *[FAX]* |
| 15 | pgoldman@earthjustice.org |
| | josborne-klein@earthjustice.org |
| 16 | kboyles@earthjustice.org |
| 17 | |
| | *Attorneys for Plaintiffs United Farm* |
| 18 | *Workers; Sea Mar Community Health* |
| | *Center; Pineros Y Campesinos Unidos Del* |
| 19 | *Noroeste; Beyond Pesticides; Frente* |
| | *Indigena de Organizaciones Binacionales;* |
| 20 | *Farm Labor Organizing Committee, AFL-* |
| | *CIO;Teamsters Local 890; and Pesticide* |
| 21 | *Action Network North America.* |
| 22 | |
| | /S/ Norman L. Rave, Jr. (with permission) |
| 23 | LAURENCE A. WEISS |
| | Heller Ehrman LLP |
| 24 | 275 Middlefield Road |
| 25 | Menlo Park, CA  94025-3506 |
| | (650) 324-7000 |
| 26 | (650) 324-0638 |
| 27 | |
| 28 | NO. C-07-03950 JF |

STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING

- 3 -

| | |
|---|---|
| 1 | |
| 2 | DAVID B. WEINBERG<br>Wiley Rein LLP |
| 3 | 1776 K Street, NW<br>Washington, DC 21043 |
| 4 | (202) 719-7102 |
| 5 | *Attorneys for Intervenor-Defendant*<br>*Dow AgroSciences LLC* |

1
2       PURSUANT TO STIPULATION, IT IS SO ORDERED
3
4
5   Dated: 9/9/08
6                                   _____
                                    Honorable Jeremy Fogel
7                                   United States District Judge
8
...
28  NO. C-07-03950 JF
    STIPULATED MOTION TO ESTABLISH SCHEDULE TO PRODUCE ADMINISTRATIVE RECORD AND STAY SUMMARY JUDGMENT BRIEFING